CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*pro hac vice pending*, SBN NY 1758184)
FLOYD ABRAMS (*pro hac vice pending*, SBN NY 2835007)
JASON ROZBRUCH (*pro hac vice pending*, SBN NY 5753637)
LISA J. COLE (*pro hac vice pending*, SBN NY 5927744)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | Case No.  2:23-cv-01939-WBS-AC <br><br> **X CORP.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff X Corp. hereby states that X Corp. is a privately held corporation.  Its parent corporation is X Holdings Corp.  No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Dated:          September 8, 2023

>By: */s/ William R. Warne*
>DOWNEY BRAND LLP
>William R. Warne (SBN 141280)
>Meghan M. Baker (SBN 243765)
>621 Capitol Mall, 18th Floor
>Sacramento, CA 95814
>Phone: 916-444-1000
>Facsimile: 916-520-5910
>
>CAHILL GORDON & REINDEL LLP
>Joel Kurtzberg (*pro hac vice pending*)
>Floyd Abrams (*pro hac vice pending*)
>Jason Rozbruch (*pro hac vice pending*)
>Lisa J. Cole (*pro hac vice pending*)
>32 Old Slip
>New York, NY 10005
>Phone: 212-701-3120
>Facsimile: 212-269-5420
>jkurtzberg@cahill.com

1886650