Rob Bonta, State Bar No. 202668
Attorney General of California
Anthony R. Hakl, State Bar No. 197335
Supervising Deputy Attorney General
Anna Ferrari, State Bar No. 261579
Deputy Attorney General
Gabrielle D. Boutin, State Bar No. 267308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** <br><br> Defendant. | 2:23-CV-01939-WBS-AC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

In accordance with Local Rule 144, Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, hereby stipulate to extend Attorney General Bonta's time to file a response to Plaintiff's Complaint for Declaratory and Injunctive Relief, ECF No. 1 (Complaint), as follows:

1. Plaintiff filed the Complaint in this action on September 8, 2023, and served Defendant with the Summons and Complaint on September 11, 2023.

2. Attorney General Bonta's current deadline to file a response to the Complaint is October 2, 2023.

3. The Complaint challenges the constitutionality of provisions of California Assembly Bill 587, 2021-2022 Reg. Sess. (Cal. 2022).

4. Plaintiff intends to file a motion for preliminary injunction in this action no later than October 6, 2023.

5. Attorney General Bonta intends to file a motion to dismiss the Complaint.

6. The parties anticipate that the many of the issues in Plaintiff's motion for preliminary injunction and Defendant's motion to dismiss will substantially overlap.

7. In order to streamline the Court's consideration of these issues, the parties wish to extend Defendant's deadline to respond to the Complaint until after Plaintiff's motion for preliminary injunction has been fully resolved.

8. The parties therefore stipulate, and ask the Court to issue the parties' [Proposed] Order extending Defendant's time to respond to the Complaint as follows:

(a) If any party timely appeals this Court's order on Plaintiff's motion for preliminary injunction, Defendant's deadline to respond to the Complaint shall be 21 days after the Ninth Circuit issues its mandate in the appeal;

(b) If no party timely appeals this Court's order on Plaintiff's motion for preliminary injunction, Defendant's deadline to respond to the Complaint shall be 21 days after the expiration of the time period designated to file such an appeal.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 4 | | ANNA FERRARI<br>Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | /s/ *Signature*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General |
| 8 | | *Defendant Attorney General Rob Bonta, in his official capacity* |
| 9 | | |
| 10 | Dated: September 27, 2023 | CAHILL GORDON & REINDEL LLP |
| 11 | | |
| 12 | | /s/ *Signature* (as authorized on September 27, 2023)<br>Joel Kurtzberg |
| 13 | | Floyd Abrams<br>Jason Rozbruch |
| 14 | | Lisa J. Cole<br>*Attorneys for Plaintiff X Corp.* |

# CERTIFICATE OF SERVICE

Case Name:   **X Corp. v. Bonta**                        No.   **2:23-CV-01939-WBS-AC**

I hereby certify that on September 27, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 27, 2023, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | /s/ Eileen A. Ennis |
| Declarant | Signature |

SA2023304822
37536889.docx