IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**,<br><br>                                        Plaintiff,<br><br>      v.<br><br>**ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,**<br><br>                                        Defendant. | 2:23-CV-01939-WBS-AC<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:          Hon. William B. Shubb<br>Trial Date:     None set<br>Action Filed:  September 8, 2023 |

On September 27, 2023, Plaintiff X Corp. and Defendant Attorney General Rob Bonta filed a Stipulation to Extend Time for Defendant to Respond to Complaint. Attorney General Bonta's current deadline to file a response to the Complaint is October 2, 2023. The parties have stipulated that Defendant's deadline should be extended until Plaintiff's forthcoming motion for preliminary injunction has been fully resolved. Having reviewed the stipulation and good cause appearing, the Court hereby approves the parties' stipulation and ORDERS that Defendant's response to the Complaint shall be due as follows:

a) If any party timely appeals this Court's order on Plaintiff's motion for preliminary injunction, Defendant's deadline to respond to the Complaint shall be 21 days after the Ninth Circuit issues its mandate in the appeal;

b) If no party timely appeals this Court's order on Plaintiff's motion for preliminary injunction, Defendant's deadline to respond to the Complaint shall be 21 days after the expiration of the time period designated to file such an appeal.

**IT IS SO ORDERED.**

Dated: September 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE