CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **STIPULATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING SCHEDULE** <br><br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

Stipulation to Modify Preliminary Injunction Briefing Schedule

1

In accordance with Local Rule 144, Plaintiff X Corp. and Defendant Attorney General Robert Bonta, in his official capacity, hereby stipulate, subject to the Court's approval, to modify the briefing schedule (from that dictated by Local Rule 230) with respect to X Corp.'s forthcoming Motion for Preliminary Injunction, as follows:

1. Plaintiff will file a Motion for Preliminary Injunction on or before October 6, 2023.

2. Defendant will file his opposition to Plaintiff's Motion for Preliminary Injunction on or before October 27, 2023.

3. Plaintiff will file a Reply in Support of its Motion for Preliminary Injunction on or before November 3, 2023.

4. The parties respectfully request that the Motion for Preliminary Injunction be heard by the Court on November 13, 2023 or on another date of the Court's choosing.

DATED: October 2, 2023

        Respectfully submitted,

        /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

ROBERT BONTA, ATTORNEY GENERAL OF CALIFORNIA
Anthony R. Hakl
Supervising Deputy Attorney General
Anna Ferrari
Deputy Attorney General

/s/ Gabrielle D. Boutin
Gabrielle D. Boutin
Deputy Attorney General

*Attorneys for Defendant Attorney General Robert Bonta, in his official capacity*