CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>            Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Judge: Hon. William B. Shubb<br>Trial Date: None set<br>Action Filed: September 8, 2023 |

On October 2, 2023, Plaintiff X Corp. and Defendant Attorney General Robert Bonta, in his official capacity, filed a Stipulation to Modify the Preliminary Injunction Briefing Schedule. The stipulation requires, subject to the Court's approval, that Plaintiff file its Motion for Preliminary Injunction on or before October 6, 2023, Defendant file his opposition to the Preliminary Injunction Motion or before October 27, 2023, and Plaintiff file its Reply Brief in Support of the Motion for Preliminary Injunction on or before November 3, 2023. Having reviewed the stipulation and good cause appearing, the Court hereby approves the parties' stipulation and ORDERS that:

1.  Plaintiff shall file its Motion for Preliminary Injunction on or before October 6, 2023.

2.  Defendant shall file his opposition to the Preliminary Injunction Motion on or before October 27, 2023.

3.  Plaintiff shall file its Reply Brief in Support of its Motion for Preliminary Injunction on or before November 3, 2023.

4.  Plaintiff's Motion for Preliminary Injunction shall be set for hearing on November 13, 2023, or on [a date selected by the Court].

IT IS SO ORDERED.

DATED:_____             _____
                                  Honorable William B. Shubb
                                  United States District Judge

[Proposed] Order to Modify Preliminary Injunction Schedule        2