CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> EXTENDED ORAL ARGUMENT REQUESTED <br><br> Date:  November 13, 2023 <br> Time:  1:30 p.m. <br> **Crtrm: 5** |

Notice of Motion and Motion For Preliminary Injunction    1

**NOTICE OF MOTION AND MOTION TO
THE HONORABLE COURT AND TO ALL PARTIES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities, the Affidavit of Wifredo Fernandez and the exhibits annexed thereto, the Affidavit of Trust and Safety Team Affiant and the exhibits annexed thereto, the Affidavit of Joel Kurtzberg and the exhibits annexed thereto, and the Affidavit of Ben Elron In Support of X Corp.'s Request to Redact or File Under Seal the Trust and Safety Team Affiant's Identity, on November 13, 2023, at 1:30pm, Plaintiff hereby moves for a preliminary injunction halting enforcement of California Assembly Bill No. 587 ("AB 587"), which is codified in law at Cal. Bus. & Prof. Code §§ 22675–22681, on constitutional and other grounds. As explained in detail in the accompanying memorandum, AB 587 violates the First Amendment to the United States Constitution and Article I, Section 2, of the California Constitution because it compels social media companies like X Corp. to engage in speech against their will, impermissibly interferes with the constitutionally-protected editorial judgments of companies such as X Corp., has both the purpose and likely effect of pressuring companies such as X Corp. to remove, demonetize, or deprioritize constitutionally-protected speech that the State deems undesirable or harmful, does not support a compelling, substantial, or important government interest, and places an unjustified and undue burden on social media companies such as X Corp. AB 587 also directly contravenes, and is preempted by, 47 U.S.C. § 230(c)(2) because it imposes civil liability on social media companies such as X Corp. if they take

1  actions (i) in good faith to restrict access to content, as
2  described in § 230(c)(2), without making the disclosures required
3  by AB 587, or (ii) that, in AG Bonta's view, are contrary to X
4  Corp.'s promulgated content-moderation policies.

5      The abrogation of Plaintiff's First Amendment rights for any
6  time period constitutes *per se* irreparable harm, and where, as
7  here, Plaintiff has not only asserted a colorable First Amendment
8  claim, but one that is likely to succeed on the merits, the balance
9  of equities tips in its favor and an injunction is in the public
10 interest.  Accordingly, this Court should preliminarily enjoin
11 Defendant from enforcing AB 587.

    DATED: October 6, 2023    /s/ Joel Kurtzberg

                                 CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
Floyd Abrams (admitted *pro hac vice*)
Jason Rozbruch (admitted *pro hac vice*)
Lisa J. Cole (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420

DOWNEY BRAND LLP
William R. Warne (Bar No. 141280)
Meghan M. Baker (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-444-2100

*Attorneys for Plaintiff X Corp.*

Notice of Motion and Motion For Preliminary Injunction     3