1  CAHILL GORDON & REINDEL LLP
   JOEL KURTZBERG (admitted *pro hac vice*)
2  FLOYD ABRAMS (admitted *pro hac vice*)
   JASON ROZBRUCH (admitted *pro hac vice*)
3  LISA J. COLE (admitted *pro hac vice*)
   32 Old Slip
4  New York, New York 10005
   Telephone: 212-701-3120
5  Facsimile: 212-269-5420
   jkurtzberg@cahill.com
6
   DOWNEY BRAND LLP
7  WILLIAM R. WARNE (Bar No. 141280)
   bwarne@downeybrand.com
8  MEGHAN M. BAKER (Bar No. 243765)
   mbaker@downeybrand.com
9  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
10 Telephone: 916-444-1000
   Facsimile: 916-520-5910
11
   *Attorneys for Plaintiff X Corp.*
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                  SACRAMENTO DIVISION

16

17 X CORP.,                        No. 2:23-cv-01939-WBS-AC

18          Plaintiff,

19     v.                          **AFFIDAVIT OF WIFREDO FERNANDEZ
                                    IN SUPPORT OF X CORP.'S MOTION
20 ROBERT A. BONTA, Attorney        FOR PRELIMINARY INJUNCTION**
   General of California, in his
21 official capacity,

22          Defendant.

23

24

25

26

27

28

   AFFIDAVIT OF WIFREDO FERNANDEZ        1

Wifredo Fernandez, being duly sworn, deposes and states as follows:

1.   I am the Head of Government Affairs for the United States and Canada at X Corp., a position I have held since May 2023.

2.   I have been employed by X Corp. (previously Twitter, Inc.) since September 2020.  I served as Federal and State Public Policy Manager from September 2020 to April 2022 and Head of State and Local Public Policy from April 2022 to May 2023.

3.   I hold a law degree from the University of Miami, a Master of Arts in Teaching from American University, and a Bachelor of Arts in Political Science from the University of Pennsylvania.

4.   I am submitting this affidavit in support of Plaintiff's Motion for Preliminary Injunction.  I have personal knowledge of the facts set forth herein, unless otherwise noted.  If called upon as a witness, I could and would competently testify to those facts.

5.   Annexed as **Exhibit 1** is a true and correct copy of the November 3, 2022 letter from Robert A. Bonta, Attorney General of California, in his official capacity, to Elon Musk (then-CEO of Twitter, Inc.), Mark Zuckerberg (CEO of Meta Platforms, Inc.), Susan Wojcicki (then-CEO of YouTube, Inc.), Shou Zi Chew (CEO of TikTok, Inc.), and Steve Huffman (CEO of Reddit, Inc.).  Exhibit 1 is available online at https://oag.ca.gov/system/files/attachments/press-docs/Election%20Disinformation%20and%20Political%20Violence.pdf.

6.   Annexed as **Exhibit 2** is a true and correct copy of the

November 4, 2022 press release *Attorney General Bonta Calls on Social Media Companies to Stop the Spread of Disinformation Ahead of 2022 Midterm Elections,* which publicized the letter attached as Exhibit 1. Exhibit 2 is available online at https://oag.ca.gov/news/press-releases/attorney-general-bonta-calls-social-media-companies-stop-spread-disinformation.

7.   In my capacity as Head of Government Affairs at X Corp., I have significant experience working with the offices of state Attorneys General across the nation, including Attorney General Robert A. Bonta's office. My job duties include liaising with the offices of various Attorneys General, including Attorney General Bonta's office. As part of my job, I frequently review, interpret, and respond to correspondence sent to X Corp. by the offices of Attorneys General and advise X Corp. - from a policy perspective - as to how best to interpret and respond to such correspondence.

8.   As part of my job, I reviewed and analyzed the November 3, 2022 letter from AG Bonta, Exhibit 1, and the November 4, 2022 press release publicizing the letter, Exhibit 2.

9.   Exhibit 1 is a November 3, 2022 letter from Attorney General Bonta to X Corp.'s CEO, Elon Musk, and the then-CEOs of other major social media companies - Meta, YouTube, TikTok, and Reddit. The letter "express[es] concern" with what Attorney General Bonta calls "the ongoing spread of disinformation and misinformation through social media platforms operated by your

AFFIDAVIT OF WIFREDO FERNANDEZ          3

companies." Ex. 1 at 1. In the letter, AG Bonta makes clear that he believes X Corp.'s moderation efforts concerning disinformation and misinformation — and those of the other social media companies he is writing to — are "insufficient" and "inadequate." Exhibit 1 at 1, 8.

10. The categories of speech that AG Bonta focuses on in the letter - disinformation and misinformation - are two of the categories of content enumerated in AB 587. § 22677(a)(3).

11. The Attorney General "urge[s]" and "implore[s]" the companies to take certain action — namely, "to strengthen and accelerate your companies' ongoing efforts to consistently, transparently, and aggressively address violations of your policies with respect to disinformation and violations of state and federal law" and "to employ your immense resources, tools, and familiarity with the operation of your social media platforms to stop the spread of disinformation, misinformation, conspiracy theories, and threats that fuel political violence." *Id.* at 2.

12. The language used by the Attorney General in the letter is strong: it states that, "notwithstanding your efforts towards combating false information online, its continued spread and increasingly violent consequences demand greater corrective action." *Id.* at 3. Part of that "greater corrective action" is, in the view of the Attorney General, for the social media companies to "take action" to better "enforce" "published policies that

AFFIDAVIT OF WIFREDO FERNANDEZ          4

prohibit much of the disinformation, coordinated inauthentic behavior, and election interference exhibited previously." *Id.* The letter repeatedly uses language strongly suggesting that, in the view of the Attorney General, the social media companies have "a duty," "a responsibility," and "an obligation" — both legally and morally — to stop the spread of what he refers to as "disinformation" and "misinformation." *Id.* at 4, 7.

13.   That the Attorney General conveys that he believes the duties are, in part, legal is made clear by a section of the letter that is entitled "The State of California Has A Mandate to Protect its Citizens' Voting Rights." *Id.* at 4.   That section makes reference to numerous California state laws that Attorney General Bonta argues prohibit certain types of speech that might be labeled "disinformation" or "misinformation" in connection with the political process.

14.   The Attorney General cites eight California laws in that section, one of which is AB 587, the law at issue in this case. As to that law, the Attorney General states in the letter that, "[i]n 2024, social media platforms will also have additional transparency obligations, as required by recent state legislation that requires disclosures on content moderation practices as it relates to extremism or radicalization, disinformation or misinformation, and foreign political interference." *Id.*

15.   The very next sentence after the one about AB 587

AFFIDAVIT OF WIFREDO FERNANDEZ          5

contains a clear threat of enforcement. It states, **"[t]he California Department of Justice will not hesitate to enforce these laws [i.e., the eight mentioned, including AB 587] against any individual or group that violates them**. However, given social media's predominance and influence in American political discourse, your companies and you as these companies' executives share a responsibility to use the tools at your disposal to combat the dissemination of disinformation that interferes with our electoral system and to report to law enforcement illegal activity detected on your respective social media platforms that interferes with Americans' right to vote." *Id.* (emphasis added).

16. This threat of enforcement of AB 587 and the other referenced California laws is coupled with a series of carefully-worded demands from the Attorney General appearing in other sections of the letter. Specifically, the letter states:

> a. "It is [] ***incumbent on your companies*** to institute and enforce durable dynamic policies that will actually prevent disinformation and misinformation from spreading." *Id.* at 3 (emphasis added).

> b. "I ***urge*** you to strengthen and accelerate your companies' ongoing efforts to consistently, transparently, and aggressively address violations of your policies with respect to disinformation and violations of state and federal law." *Id.* at 2

AFFIDAVIT OF WIFREDO FERNANDEZ          6

(emphasis added).

    c. "I *implore* you to do more to rid your platforms of the dangerous disinformation, misinformation, conspiracy theories, and threats that fuel political violence, spread fear and distrust, and ultimately chill our democratic process." *Id.* at 8 (emphasis added).

    d. "You *must* continue to take action pursuant to [X Corp.'s] policies and enforce [X Corp.'s] terms against disinformation, voter suppression, and coordinated inauthentic or violent behavior." *Id.* at 3 (emphasis added).

    e. "I [] *implore* you to employ your immense resources, tools, and familiarity with the operation of your social media platforms to stop the spread of disinformation, misinformation, conspiracy theories, and threats that fuel political violence." *Id.* at 2 (emphasis added).

17. The Attorney General's press release (Exhibit 2) reinforces the message that the Attorney General is demanding action from the social media companies on this subject. For example, it states that, "In advance of the upcoming 2022 midterm elections, social media platforms *must* take further action – such as enforcement of their content moderation policies and terms of service – to stop the spread of disinformation and misinformation

AFFIDAVIT OF WIFREDO FERNANDEZ          7

that attack the integrity of our electoral processes." Exhibit 2 at 1-2 (emphasis added).

18. Based on my experience, letters from Attorneys General, such as this one, that "urge" companies to take action that the Attorney General claims they have a "duty" or "responsibility" to do, and, at the same time, threaten enforcement of certain specified laws, are a precursor to legal action taken by the Attorney General if the companies don't "voluntarily" take the actions requested by the Attorney General.

19. Based on my experience in governmental affairs and in dealing with numerous offices of Attorneys General across the country, I interpret Attorney General Bonta's letter as a thinly-veiled threat from the Attorney General to try to force X Corp. to limit specific speech – here, "misinformation" or "disinformation," presumably as defined by Attorney General Bonta's Office – that Attorney General Bonta finds objectionable or face enforcement action. The letter and press release make clear that the Attorney General intends to use enforcement of AB 587 as one of his many tools to "urge" or pressure social media companies to "enforce[] their content moderation policies and terms of service" in order "to stop the spread of disinformation and misinformation that attack the integrity of our electoral processes." Ex. 2.

20. X Corp. takes very seriously its obligations to enforce its own content moderation policies on the X platform, and X has

AFFIDAVIT OF WIFREDO FERNANDEZ          8

1  processes and procedures in place to enforce those policies.  It

2  is not the State of California's place to dictate to X Corp. what

3  those policies should be or to pressure X Corp. with threats to

4  enforce laws like AB 587 to regulate constitutionally-protected

5  content in ways that the State wants or insists upon.

6

7

8

9

10  Dated:    Washington, D.C.
11            October 4, 2023                    WIFREDO FERNANDEZ

12

13  Sworn to before me this

14  4th day of October, 2023

15

16

17  _____

18  Notary Public

19


23

24

25

26

27

28

AFFIDAVIT OF WIFREDO FERNANDEZ          9