CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **AFFIDAVIT OF JOEL KURTZBERG IN SUPPORT OF X CORP.'S MOTION FOR PRELIMINARY INJUNCTION** |

Joel Kurtzberg, being duly sworn, deposes and states as follows:

1. I am a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for X. Corp in the above-captioned action. I am a licensed member of the Bar of the State of New York and admitted *pro hac vice* to appear before this Court in the above-captioned action.

2. I am submitting this affidavit in connection with Plaintiff's Motion for Preliminary Injunction to put copies of certain documents before the Court that are referenced in X Corp.'s motion papers.

3. Annexed as **Exhibit 1** is a true and correct copy of the Motion to Dismiss in Minds, Inc., et al. v. Bonta, No. 23-cv-2705 (ECF 23-1) (C.D. Cal. May 25, 2023).

4. Annexed as **Exhibit 2** is a true and correct copy of California Assembly Bill No. 587, which is codified in law at Cal. Bus. & Prof. Code §§ 22675-22681.

5. Annexed as **Exhibit 3** is a true and correct copy of Section 230 of the Communications Decency Act (47 U.S.C. § 230).

6. Annexed as **Exhibit 4** is a true and correct copy of the press release *Governor Newsom Signs Nation-Leading Social Media Transparency Measure*, Office of Governor Gavin Newsom (Sept. 13, 2022), available at https://www.gov.ca.gov/2022/09/13/governor-newsom-signs-nation-leading-social-media-transparency-measure/ (last visited Oct. 6, 2023).

AFFIDAVIT OF JOEL KURTZBERG                    2

7.  Annexed as **Exhibit 5** is a true and correct copy of the California Assembly Committee on Judiciary Committee Report, 2021-22 Sess. (AB 587), Apr. 27, 2021.

8.  Annexed as **Exhibit 6** is a true and correct copy of the California Assembly Committee on Privacy and Consumer Protection Report, 2021-22 Sess. (AB 587), Apr. 22, 2021.

9.  Annexed as **Exhibit 7** is a true and correct copy of California Government Code §§ 11180-81 (Cal. Gov't Code §§ 11180-81).

10. Annexed as **Exhibit 8** is a true and correct copy of X Corp's Terms of Service (effective Sept. 29, 2023), available at https://twitter.com/en/tos (last visited Oct. 6, 2023).

11. Annexed as **Exhibit 9** is a true and correct copy of the California Assembly Floor Analysis, 2021-22 Sess. (AB 587), Apr. 28, 2021.

12. Annexed as **Exhibit 10** is a true and correct copy of the California Assembly Floor Analysis, 2021-22 Sess. (AB 587), Aug. 24, 2022.

13. Annexed as **Exhibit 11** is a true and correct copy of the National Institute of Health Gender Pronouns Resource, *The Importance of Gender Pronouns & Their Use in Workplace Communications*, U.S. Department of Health and Human Services (Jan. 2022), available at https://dpcpsi.nih.gov/sgmro/gender-pronouns-resource (last visited Oct. 6, 2023).

14. Annexed as **Exhibit 12** is a true and correct copy of the Bloomberg Law article *Fight Over Transgender Pronouns at Work Faces Muddy Legal Waters*, Khorri Atkinson (Apr. 13, 2023), available at https://news.bloomberglaw.com/daily-labor-report/fight-over-transgender-pronouns-at-work-faces-muddy-legal-waters (last visited Oct. 6, 2023).

15. Annexed as **Exhibit 13** is a true and correct copy of the article *A Guide to Recognizing When Anti-Israel Actions Become Antisemitic*, American Jewish Committee, available at https://www.ajc.org/sites/default/files/pdf/2021-10/A%20Guide%20to%20Recognizing%20When%20Anti-Israel%20Actions%20Become%20Antisemitic.pdf (last visited Oct. 6, 2023).

16. Annexed as **Exhibit 14** is a true and correct copy of the article *Is Criticism of Israel Antisemitic?*, Anne Frank House, available at https://www.annefrank.org/en/topics/antisemitism/all-criticism-israel-antisemitic/ (last visited Oct. 6, 2023).

17. Annexed as **Exhibit 15** is a true and correct copy of the article *The Myth of Reverse Racism*, Alberta Civil Liberties Research Centre, available at https://www.aclrc.com/myth-of-reverse-racism (last visited Oct. 6, 2023).

18. Annexed as **Exhibit 16** is a true and correct copy of the article *Can White People Experience Racism?*, The Economist (Sept.

AFFIDAVIT OF JOEL KURTZBERG            4

18, 2018), available at https://www.economist.com/open-future/2018/09/18/can-white-people-experience-racism (last visited Oct. 6, 2023).

19. Annexed as **Exhibit 17** is a true and correct copy of The Harvard Crimson article *Who Can be 'Racist'?*, Michelle Gao, (Aug. 10, 2018), available at https://www.thecrimson.com/column/between-the-lines/article/2018/8/10/gao-who-can-be-racist/ (last visited Oct. 6, 2023).

20. Annexed as **Exhibit 18** is a true and correct copy of the Yale School of Medicine article, *Calling COVID-19 the "Wuhan Virus" or "China Virus" is Inaccurate and Xenophobic*, Marlette Vazquez, (Mar. 12, 2020), available at https://medicine.yale.edu/news-article/calling-covid-19-the-wuhan-virus-or-china-virus-is-inaccurate-and-xenophobic/ (last visited Oct. 6, 2023).

21. Annexed as **Exhibit 19** is a true and correct copy of Michael Shellenberger's Testimony to the House Select Committee on the Weaponization of the Federal Government, *The Censorship Industrial Complex: U.S. Government Support For Domestic Censorship And Disinformation Campaigns, 2016 - 2022* (Mar. 9, 2023), available at https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/shellenberger-testimony.pdf (last visited Oct. 6, 2023).

22. Annexed as **Exhibit 20** is a true and correct copy of the California Assembly Analysis, 2021-22 Sess. (AB 587), May 24, 2021.

1      23.  Annexed as **Exhibit 21** is a true and correct copy of the
2 California Senate Judiciary Committee Report, 2021-22 Sess. (AB
3 587), July 13, 2021.

4      24.  Annexed as **Exhibit 22** is a true and correct copy of a
5 Tweet by Senator Scott Wiener (@Scott_Wiener) (July 2, 2020, 1:32
6 PM EST), available at
7 https://twitter.com/Scott_Wiener/status/1278743357032812544 (last
8 visited Oct. 6, 2023)

9      25.  Annexed as **Exhibit 23** is a true and correct copy of the
10 press release *California Legislators Introduce Bipartisan Effort*
11 *to Hold Social Media Companies Accountable for Online Hate and*
12 *Disinformation*, Office of Assembly Member Jesse Gabriel (Mar. 29,
13 2021), available at https://a46.asmdc.org/press-releases/20210329-
14 california-legislators-introduce-bipartisan-effort-hold-social-
15 media (last visited Oct. 6, 2023).

16     26.  Annexed as **Exhibit 24** is a true and correct copy of a
17 Tweet by Assembly Member Jesse Gabriel (@AsmJesseGabriel) (June
18 14, 2021, 5:37 PM EST), available at
19 https://twitter.com/AsmJesseGabriel/status/1404553699502870529
20 (last visited Oct. 6, 2023).

21     27.  Annexed as **Exhibit 25** is a true and correct copy of the
22 California Senate Judiciary Committee Report, 2021-22 Sess. (AB
23 587), June 28, 2022.

24     28.  Annexed as **Exhibit 26** is a true and correct copy of a
25

AFFIDAVIT OF JOEL KURTZBERG                6

law review article by Eric Goldman, *The Constitutionality of Mandating Editorial Transparency*, 73 Hastings L.J. 1203 (2022).

29. Annexed as **Exhibit 27** is a true and correct copy of a legal article by Daphne Keller, *Platform Transparency and the First Amendment*, Stanford Cyber Policy Center (Mar. 3, 2023), available at https://ssrn.com/abstract=4377578 or http://dx.doi.org/10.2139/ssrn.4377578 (last visited Oct. 6, 2023).

30. Annexed as **Exhibit 28** is a true and correct copy of the Technology & Marketing Law Blog article, *Will California Clone-and-Revise Some Terrible Ideas from Florida/Texas' Social Media Censorship Laws? (Analysis of CA AB 587)*, Eric Goldman (June 21, 2022), available at https://blog.ericgoldman.org/archives/2022/06/will-california-clone-and-revise-some-terrible-ideas-from-florida-texas-social-media-censorship-laws-analysis-of-ca-ab587.htm (last visited Oct. 6, 2023).

31. Annexed as **Exhibit 29** is a true and correct copy of a press release entitled *After Two-Year Fight, Governor Newsom Signs Landmark Social Media Transparency Bill*, Office of Assembly Member Jesse Gabriel (Sept. 13, 2021), available at https://a46.asmdc.org/press-releases/20220913-after-two-year-fight-governor-newsom-signs-landmark-social-media (last visited Oct. 6, 2023).

```
1  Dated:     New York, NY
              October 6, 2023         _____
2                                     JOEL KURTZBERG
3
4  Sworn to before me this
5  6th day of October, 2023
6
7  _____
   Notary Public
8
            JOSHUA A. ROY
9      Notary Public, State of New York
            No. 01RO6171076
        Qualified in New York County
10     Commission Expires July 23, 2027
```

AFFIDAVIT OF JOEL KURTZBERG                    8