# EXHIBIT 4

# Governor Newsom Signs Nation-Leading Social Media Transparency Measure

Published: Sep 13, 2022

SACRAMENTO – Governor Gavin Newsom today announced that he has signed a first-of-its-kind social media transparency measure to protect Californians from hate and disinformation spread online. AB 587 by Assemblymember Jesse Gabriel (D-Encino) will require social media companies to publicly post their policies regarding hate speech, disinformation, harassment and extremism on their platforms, and report data on their enforcement of the policies.

"California will not stand by as social media is weaponized to spread hate and disinformation that threaten our communities and foundational values as a country," said Governor Newsom. "Californians deserve to know how these platforms are impacting our public discourse, and this action brings much-needed transparency and accountability to the policies that shape the social media content we consume every day. I thank Assemblymember Gabriel for championing this important measure to protect Californians from hate, harassment and lies spread online."



Governor Newsom signs Assemblymember Gabriel's AB 587

"Social media has created incredible opportunities, but also real and proximate threats to our kids, to vulnerable communities, and to

1

proximate threats to our most vulnerable communities, and to

American democracy as we know it," said Assemblymember Gabriel. "This new law will finally pull back the curtain and require tech companies to provide meaningful transparency into how they are shaping our public discourse, as well as the role of social media in promoting hate speech, disinformation, conspiracy theories, and other dangerous content. I am grateful to Governor Newsom for signing this bill and for his leadership in protecting kids and vulnerable communities online."

A full list of bills signed by the Governor can be found below:

- AB 98 by Assemblymember Ash Kalra (D-San Jose) – Tied-house restrictions: advertising exceptions: City of San Jose.
- AB 524 by Assemblymember Freddie Rodriguez (D-Pomona) – Postsecondary education: Campus-Recognized Sorority and Fraternity Transparency Act.
- AB 587 by Assemblymember Jesse Gabriel (D-Encino) – Social media companies: terms of service.
- AB 1208 by Assemblymember Philip Ting (D-San Francisco) – Unclaimed property: secure payment of claims.
- AB 1323 by Assemblymember Matt Haney (D-San Francisco) – Alcoholic beverage control: tied-house exceptions.
- AB 1330 by Assemblymember Chad Mayes (I-Rancho Mirage) – Alcoholic beverage tied-house restrictions: exceptions: County of Riverside.
- AB 1672 by Assemblymember Tasha Boerner Horvath (D-Encinitas) – Public swimming pools: lifeguards.
- AB 1793 by Assemblymember Bill Quirk (D-Hayward) – Hazardous waste: identification: acute aquatic toxicity criterion.
- AB 1845 by Assemblymember Lisa Calderon (D-Whittier) – Metropolitan Water District of Southern California: alternative project delivery methods.
- AB 1901 by Assemblymember Adrin Nazarian (D-North Hollywood) – Dog training services: disclosure requirement.
- AB 1907 by Assemblymember Rebecca Bauer-Kahan (D-Orinda) – Long-term health care facilities: inspections.

2

- AB 2059 by Assemblymember Wendy Carrillo (D-Los Angeles) – Hazardous materials business and area plans: consumer products: recordkeeping.
- AB 2158 by Assemblymember Mike Fong (D-Alhambra) – Local educational agencies: ethics training.
- AB 2160 by Assemblymember Steve Bennett (D-Ventura) – Coastal resources: coastal development permits: fees.
- AB 2254 by Assemblymember Al Muratsuchi (D-Torrance) – State highways: Route 107: relinquishment.
- AB 2280 by Assemblymember Eloise Gómez Reyes (D-Colton) – Unclaimed property: interest assessments and disclosure of records.
- AB 2311 by Assemblymember Brian Maienschein (D-San Diego) – Motor vehicle conditional sale contracts: guaranteed asset protection waivers.
- AB 2322 by Assemblymember Jim Wood (D-Santa Rosa) – California building standards: fire resistance: occupancy risk categories.
- AB 2449 by Assemblymember Blanca Rubio (D-Baldwin Park) – Open meetings: local agencies: teleconferences.
- AB 2453 by Assemblymember Steve Bennett (D-Ventura) – Transactions and use taxes: Ventura County Transportation Commission.
- AB 2515 by Assemblymember Chris Holden (D-Pasadena) – Proprietary and private security services.
- AB 2559 by Assemblymember Christopher Ward (D-San Diego) – Reusable tenant screening reports.
- AB 2644 by Assemblymember Chris Holden (D-Pasadena) – Custodial interrogation.
- AB 2671 by Assemblymember Marc Berman (D-Menlo Park) – Occupational therapy.
- AB 2727 by Assemblymember Jim Wood (D-Santa Rosa) – Medi-Cal: eligibility.
- AB 2848 by Assemblymember Miguel Santiago (D-Los Angeles) – Workers' compensation: medical treatment.
- AB 2916 by Assemblymember Kevin McCarty (D-Sacramento) – Contractors: disclosure of letters of admonishment.
- AB 2921 by Assemblymember Miguel Santiago (D-Los Angeles) –

- AB 2956 by the Committee on Transportation – Transportation.
- AB 2971 by the Committee on Governmental Organization – Alcoholic beverage control: fees.
- SB 34 by Senator Thomas Umberg (D-Santa Ana) – Public contracts: authorized agent: limitations.
- SB 401 by Senator Richard Pan (D-Sacramento) – Psychology: unprofessional conduct: disciplinary action: sexual acts.
- SB 440 by Senator Bill Dodd (D-Napa) – State Board of Equalization: returns and payment: extension: state of emergency.
- SB 963 by Senator John Laird (D-Santa Cruz) – Historical preservation: California Cultural and Historical Endowment: grant programs.
- SB 1057 by the Committee on Education – Elementary and secondary education: omnibus bill.
- SB 1120 by Senator Brian W. Jones (R-Santee) – Engineering, land surveying, and geology.
- SB 1175 by Senator Mike McGuire (D-Healdsburg) – Department of Transportation: intermodal passenger services: rail corridors.
- SB 1280 by Senator Ben Hueso (D-San Diego) – Tied-house restrictions: advertising: San Diego State University.
- SB 1294 by Senator Dave Cortese (D-San Jose) – Workforce wellness center: Santa Clara Valley Transportation Authority.
  SB 1359 by Senator Ben Hueso (D-San Diego) – Vehicles: registration.
- SB 1392 by Senator Mike McGuire (D-Healdsburg) – Aquaculture: registration, renewal, surcharge, and penalty fees: reports.
- SB 1398 by Senator Lena Gonzalez (D-Long Beach) – Vehicles: consumer notices.
- SB 1405 by Senator Rosilicie Ochoa Bogh (R-Yucaipa) – Community service districts: Lake Arrowhead Community Service District: covenants, conditions, and restrictions: enforcement.
- SB 1422 by Senator Robert Hertzberg (D-Van Nuys) – Acquisition of goods and services: alternative contracting procedures: installation of carpet, resilient flooring, synthetic turf, and lighting fixtures: pilot.
- SB 1437 by Senator Richard D. Roth (D-Riverside) – Interior designers.

Case 2:23-cv-01939-WBS-AC   Document 19-4   Filed 10/06/23   Page 6 of 6

The Governor also announced that he has vetoed the following bills:

- AB 92 by Assemblymember Eloise Gómez Reyes (D-Colton) – Preschool and child care and development services: family fees. A veto message can be found here.
- AB 1707 by Assemblymember Tasha Boerner Horvath (D-Encinitas) – Property tax postponement: Senior Citizens and Disabled Citizens Property Tax Postponement Fund. A veto message can be found here.
- AB 1820 by Assemblymember Dr. Joaquin Arambula (D-Fresno) – Division of Labor Standards Enforcement: Labor Trafficking Unit. A veto message can be found here.
- AB 1879 by Assemblymember Devon Mathis (R-Porterville) – California regional water quality control boards: unfounded or frivolous complaints. A veto message can be found here.
- AB 1919 by Assemblymember Chris Holden (D-Pasadena) – Youth Transit Pass Pilot Program: free youth transit passes. A veto message can be found here.
- AB 2814 by Assemblymember Jim Wood (D-Santa Rosa) – Local educational agencies: emergency planning grants. A veto message can be found here.
- SB 944 by Senator Richard Pan (D-Sacramento) – California Health Benefit Exchange: affordability assistance. A veto message can be found here.

For full text of the bills, visit: http://leginfo.legislature.ca.gov.

###