# EXHIBIT 7

# Cal. Gov. Code § 11180

Section 11180 - Authority to investigate and prosecute actions

The head of each department may make investigations and prosecute actions concerning:

**(a)** All matters relating to the business activities and subjects under the jurisdiction of the department.
**(b)** Violations of any law or rule or order of the department.
**(c)** Such other matters as may be provided by law.

*Ca. Gov. Code § 11180*

Added by Stats. 1945, Ch. 111.



# Cal. Gov. Code § 11180.5

Section 11180.5 - Assistance to prosecuting attorney or attorney general in investigating unlawful activity

At the request of a prosecuting attorney or the Attorney General, any agency, bureau, or department of this state, any other state, or the United States may assist in conducting an investigation of any unlawful activity that involves matters within or reasonably related to the jurisdiction of the agency, bureau, or department. This investigation may be made in cooperation with the prosecuting attorney or the Attorney General. The prosecuting attorney or the Attorney General may disclose documents or information acquired pursuant to the investigation to another agency, bureau, or department if the agency, bureau, or department agrees to maintain the confidentiality of the documents or information received to the extent required by this article.

*Ca. Gov. Code § 11180.5*

Amended by Stats 2003 ch 876 (SB 434),s 5, eff. 1/1/2004.
See Stats 2003 ch 876 (SB 434), s 17.



# Cal. Gov. Code § 11181

Section 11181 - Powers in conducting investigation or action

In connection with any investigation or action authorized by this article, the department head may do any of the following:

**(a)** Inspect and copy books, records, and other items described in subdivision (e).
**(b)** Hear complaints.
**(c)** Administer oaths.
**(d)** Certify to all official acts.
**(e)** Issue subpoenas for the attendance of witnesses and the production of papers, books, accounts, documents, any writing as defined by Section 250 of the Evidence Code, tangible things, and testimony pertinent or material to any inquiry, investigation, hearing, proceeding, or action conducted in any part of the state.
**(f)** Promulgate interrogatories pertinent or material to any inquiry, investigation, hearing, proceeding, or action.
**(g)** Divulge information or evidence related to the investigation of unlawful activity discovered from interrogatory answers, papers, books, accounts, documents, and any other item described in subdivision (e), or testimony, to the Attorney General or to any prosecuting attorney of this state, any other state, or the United States who has a responsibility for investigating the unlawful activity investigated or discovered, or to any governmental agency responsible for enforcing laws related to the unlawful activity investigated or discovered, if the Attorney General, prosecuting attorney, or agency to which the information or evidence is divulged agrees to maintain the confidentiality of the information received to the extent required by this article.
**(h)** Present information or evidence obtained or developed from the investigation of unlawful activity to a court or at an administrative hearing in connection with any action or proceeding.

*Ca. Gov. Code § 11181*

Amended by Stats 2003 ch 876 (SB 434),s 6, eff. 1/1/2004.
Amended by Stats 2001 ch 74 (AB 260), s 2, eff. 1/1/2002.
See Stats 2003 ch 876 (SB 434), s 17.

 casetext