# EXHIBIT 24

𝕏

⚙

← **Post**

**Asm. Jesse Gabriel**
@AsmJesseGabriel

···

While focused on antitrust concerns with Big Tech, today's editorial by @jcahealey in @latimes calls out issues we address with #AB587. In particular, concerns that "platforms aren't doing enough to stop the spread of misinformation and hate speech."



latimes.com

5:37 PM · Jun 14, 2021

**6** Reposts   **1** Quote   **12** Likes

💬          ⇄          ♡          🔖          ⬆

1