CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>           Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**NOTICE OF REQUEST TO REDACT OR FILE UNDER SEAL THE TRUST AND SAFETY TEAM AFFIANT'S IDENTITY** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Local Rules 140 and 141, on October 6, 2023 – concurrent with filing this notice – Plaintiff X Corp. has made a narrow Request to Redact or File Under Seal the Trust and Safety Team Affiant's Identity in the Trust and Safety Team Affidavit in Support of X Corp.'s Motion for Preliminary Injunction, and has submitted an accompanying Affidavit of Ben Elron in support of such request.  The information sought to be redacted is the Trust and Safety Team Affiant's name, employment title, and the location where the affidavit was executed.

    If the identity of the Trust and Safety Team Affiant is made public, there is a serious risk that the affiant will face threats, harassment, and an invasion of privacy.  The non-redacted Trust and Safety Team Affidavit, proposed redacted Trust and Safety Team Affidavit, Request to Redact or File Under Seal, Affidavit of Ben Elron in Support of the Request to Redact or File Under Seal, and Proposed Order Granting X Corp.'s Request to Redact or File Under Seal, have been emailed to the Honorable Judge Shubb's proposed orders email box and served on all other parties in accordance with Local Rule 141(b).

DATED: October 6, 2023

                        Respectfully submitted,

                        <u>/s/ Joel Kurtzberg</u>
                        CAHILL GORDON & REINDEL LLP
                        JOEL KURTZBERG (admitted *pro hac vice*)
                        FLOYD ABRAMS (admitted *pro hac vice*)
                        JASON ROZBRUCH (admitted *pro hac vice*)
                        LISA J. COLE (admitted *pro hac vice*)

1 | 32 Old Slip
2 | New York, New York 10005
  | Telephone: 212-701-3120
3 | Facsimile: 212-269-5420
  | jkurtzberg@cahill.com
4 |
5 | DOWNEY BRAND LLP
  | WILLIAM R. WARNE (Bar No. 141280)
  | bwarne@downeybrand.com
6 | MEGHAN M. BAKER (Bar No. 243765)
  | mbaker@downeybrand.com
7 | 621 Capitol Mall, 18th Floor
  | Sacramento, CA 95814
8 | Telephone: 916-444-1000
  | Facsimile: 916-520-5910
9 |
10 | *Attorneys for Plaintiff X Corp.*

NOTICE OF REQUEST TO REDACT OR  3
FILE UNDER SEAL THE TRUST AND
SAFETY TEAM AFFIANT'S IDENTITY