UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| X CORP., | No. 2:23-cv-01939 WBS AC |
|     Plaintiff, | |
|  v. | ORDER GRANTING MOTION TO FILE REDACTED AFFIDAVIT |
| ROBERT A. BONTA, Attorney General of California, in his official capacity, | |
|     Defendant. | |

----oo0oo----

        Good cause having been shown, plaintiff's unopposed motion to file a redacted affidavit of the individual referred to as the Trust and Safety Team Affiant (Docket No. 21) is hereby GRANTED.  Within five (5) days from the date of this Order, plaintiff shall file the affidavit with the affiant's name, employment title, and location where the affidavit was executed redacted.

        IT IS SO ORDERED.

Dated:  October 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1