# EXHIBIT 1

| Year | Reporting | Primary Language | Number of Eligible Individuals |
|---|---|---|---|
| 2016 | 2016 Q1 | English | 270,772 |
| 2016 | 2016 Q1 | Spanish | 99,027 |
| 2016 | 2016 Q1 | Unknown | 5,670 |
| 2016 | 2016 Q1 | Mandarin | 4,713 |
| 2016 | 2016 Q1 | Vietnamese | 4,119 |
| 2016 | 2016 Q1 | Not Reported | 3,515 |
| 2016 | 2016 Q1 | Cantonese | 3,320 |
| 2016 | 2016 Q1 | Korean | 2,140 |
| 2016 | 2016 Q1 | Other Non-English | 1,979 |
| 2016 | 2016 Q1 | Arabic | 1,580 |
| 2016 | 2016 Q1 | Farsi | 1,334 |
| 2016 | 2016 Q1 | Armenian | 1,263 |
| 2016 | 2016 Q1 | Tagalog | 1,216 |
| 2016 | 2016 Q1 | Russian | 1,135 |
| 2016 | 2016 Q1 | Other Chinese Languages | 602 |
| 2016 | 2016 Q1 | Hmong | 241 |
| 2016 | 2016 Q1 | Cambodian | 170 |
| 2016 | 2016 Q1 | Portuguese | 142 |
| 2016 | 2016 Q1 | Lao | 94 |
| 2016 | 2016 Q1 | French | 68 |
| 2016 | 2016 Q1 | Thai | 58 |
| 2016 | 2016 Q1 | Japanese | 52 |
| 2016 | 2016 Q1 | Samoan | 46 |
| 2016 | 2016 Q1 | Other Sign Language | 26 |
| 2016 | 2016 Q1 | American Sign Language (ASL) | 25 |
| 2016 | 2016 Q1 | Hebrew | 21 |
| 2016 | 2016 Q1 | Turkish | 18 |
| 2016 | 2016 Q1 | Ilocano | 15 |
| 2016 | 2016 Q1 | Mien | |
| 2016 | 2016 Q1 | Italian | |
| 2016 | 2016 Q1 | Polish | |
| 2016 | 2016 Q2 | English | 160,980 |
| 2016 | 2016 Q2 | Spanish | 72,505 |
| 2016 | 2016 Q2 | Not Reported | 3,723 |
| 2016 | 2016 Q2 | Vietnamese | 3,456 |
| 2016 | 2016 Q2 | Unknown | 3,603 |
| 2016 | 2016 Q2 | Mandarin | 2,498 |
| 2016 | 2016 Q2 | Cantonese | 2,487 |
| 2016 | 2016 Q2 | Other Non-English | 1,444 |
| 2016 | 2016 Q2 | Arabic | 1,443 |
| 2016 | 2016 Q2 | Armenian | 1,108 |
| 2016 | 2016 Q2 | Farsi | 893 |
| 2016 | 2016 Q2 | Tagalog | 893 |
| 2016 | 2016 Q2 | Russian | 882 |
| 2016 | 2016 Q2 | Korean | 876 |
| 2016 | 2016 Q2 | Other Chinese Languages | 420 |

| | | | |
|---|---|---|---|
| 2016 | 2016 Q2 | Hmong | 172 |
| 2016 | 2016 Q2 | Cambodian | 162 |
| 2016 | 2016 Q2 | Portuguese | 133 |
| 2016 | 2016 Q2 | Lao | 73 |
| 2016 | 2016 Q2 | French | 54 |
| 2016 | 2016 Q2 | Thai | 51 |
| 2016 | 2016 Q2 | Japanese | 44 |
| 2016 | 2016 Q2 | American Sign Language (ASL) | 44 |
| 2016 | 2016 Q2 | Samoan | 40 |
| 2016 | 2016 Q2 | Other Sign Language | 24 |
| 2016 | 2016 Q2 | Turkish | 24 |
| 2016 | 2016 Q2 | Mien | 12 |
| 2016 | 2016 Q2 | Hebrew | 12 |
| 2016 | 2016 Q2 | Ilocano | |
| 2016 | 2016 Q2 | Italian | |
| 2016 | 2016 Q2 | Polish | |
| 2016 | 2016 Q3 | English | 176,340 |
| 2016 | 2016 Q3 | Spanish | 83,995 |
| 2016 | 2016 Q3 | Not Reported | 3,887 |
| 2016 | 2016 Q3 | Vietnamese | 3,483 |
| 2016 | 2016 Q3 | Mandarin | 2,481 |
| 2016 | 2016 Q3 | Unknown | 3,283 |
| 2016 | 2016 Q3 | Cantonese | 2,306 |
| 2016 | 2016 Q3 | Arabic | 2,264 |
| 2016 | 2016 Q3 | Other Non-English | 1,804 |
| 2016 | 2016 Q3 | Armenian | 1,301 |
| 2016 | 2016 Q3 | Russian | 1,082 |
| 2016 | 2016 Q3 | Farsi | 1,075 |
| 2016 | 2016 Q3 | Korean | 997 |
| 2016 | 2016 Q3 | Tagalog | 913 |
| 2016 | 2016 Q3 | Other Chinese Languages | 398 |
| 2016 | 2016 Q3 | Hmong | 233 |
| 2016 | 2016 Q3 | Cambodian | 151 |
| 2016 | 2016 Q3 | Portuguese | 112 |
| 2016 | 2016 Q3 | Lao | 78 |
| 2016 | 2016 Q3 | French | 71 |
| 2016 | 2016 Q3 | Thai | 59 |
| 2016 | 2016 Q3 | Japanese | 51 |
| 2016 | 2016 Q3 | Samoan | 42 |
| 2016 | 2016 Q3 | Other Sign Language | 33 |
| 2016 | 2016 Q3 | American Sign Language (ASL) | 30 |
| 2016 | 2016 Q3 | Turkish | 27 |
| 2016 | 2016 Q3 | Ilocano | 17 |
| 2016 | 2016 Q3 | Mien | 17 |
| 2016 | 2016 Q3 | Italian | 13 |
| 2016 | 2016 Q3 | Hebrew | |
| 2016 | 2016 Q3 | Polish | |

| | | | |
|---|---|---|---|
| 2016 | 2016 Q4 | English | 237,508 |
| 2016 | 2016 Q4 | Spanish | 93,977 |
| 2016 | 2016 Q4 | Not Reported | 3,584 |
| 2016 | 2016 Q4 | Vietnamese | 4,024 |
| 2016 | 2016 Q4 | Mandarin | 3,641 |
| 2016 | 2016 Q4 | Cantonese | 2,965 |
| 2016 | 2016 Q4 | Unknown | 3,978 |
| 2016 | 2016 Q4 | Other Non-English | 2,673 |
| 2016 | 2016 Q4 | Arabic | 2,351 |
| 2016 | 2016 Q4 | Farsi | 1,881 |
| 2016 | 2016 Q4 | Korean | 1,467 |
| 2016 | 2016 Q4 | Russian | 1,398 |
| 2016 | 2016 Q4 | Armenian | 1,349 |
| 2016 | 2016 Q4 | Tagalog | 1,152 |
| 2016 | 2016 Q4 | Other Chinese Languages | 343 |
| 2016 | 2016 Q4 | Cambodian | 188 |
| 2016 | 2016 Q4 | Hmong | 169 |
| 2016 | 2016 Q4 | Portuguese | 143 |
| 2016 | 2016 Q4 | French | 117 |
| 2016 | 2016 Q4 | Lao | 66 |
| 2016 | 2016 Q4 | Thai | 58 |
| 2016 | 2016 Q4 | Samoan | 50 |
| 2016 | 2016 Q4 | Japanese | 49 |
| 2016 | 2016 Q4 | Hebrew | 37 |
| 2016 | 2016 Q4 | Turkish | 34 |
| 2016 | 2016 Q4 | American Sign Language (ASL) | 32 |
| 2016 | 2016 Q4 | Italian | 30 |
| 2016 | 2016 Q4 | Other Sign Language | 28 |
| 2016 | 2016 Q4 | Mien | 23 |
| 2016 | 2016 Q4 | Polish | |
| 2016 | 2016 Q4 | Ilocano | |
| 2017 | 2017 Q1 | English | 227,997 |
| 2017 | 2017 Q1 | Spanish | 94,132 |
| 2017 | 2017 Q1 | Not Reported | 3,821 |
| 2017 | 2017 Q1 | Vietnamese | 3,705 |
| 2017 | 2017 Q1 | Mandarin | 3,207 |
| 2017 | 2017 Q1 | Cantonese | 2,957 |
| 2017 | 2017 Q1 | Other Non-English | 2,813 |
| 2017 | 2017 Q1 | Unknown | 3,403 |
| 2017 | 2017 Q1 | Arabic | 1,717 |
| 2017 | 2017 Q1 | Farsi | 1,682 |
| 2017 | 2017 Q1 | Armenian | 1,614 |
| 2017 | 2017 Q1 | Korean | 1,595 |
| 2017 | 2017 Q1 | Russian | 1,236 |
| 2017 | 2017 Q1 | Tagalog | 1,120 |
| 2017 | 2017 Q1 | Other Chinese Languages | 329 |
| 2017 | 2017 Q1 | Cambodian | 245 |

3

| | | | |
|---|---|---|---|
| 2017 | 2017 Q1 | Portuguese | 235 |
| 2017 | 2017 Q1 | Hmong | 221 |
| 2017 | 2017 Q1 | French | 108 |
| 2017 | 2017 Q1 | Lao | 90 |
| 2017 | 2017 Q1 | Thai | 74 |
| 2017 | 2017 Q1 | Japanese | 66 |
| 2017 | 2017 Q1 | Samoan | 47 |
| 2017 | 2017 Q1 | Turkish | 42 |
| 2017 | 2017 Q1 | American Sign Language (ASL) | 35 |
| 2017 | 2017 Q1 | Other Sign Language | 22 |
| 2017 | 2017 Q1 | Ilocano | 18 |
| 2017 | 2017 Q1 | Mien | 15 |
| 2017 | 2017 Q1 | Italian | 11 |
| 2017 | 2017 Q1 | Polish | |
| 2017 | 2017 Q1 | Hebrew | |
| 2017 | 2017 Q2 | English | 180,456 |
| 2017 | 2017 Q2 | Spanish | 74,977 |
| 2017 | 2017 Q2 | Not Reported | 4,001 |
| 2017 | 2017 Q2 | Vietnamese | 3,653 |
| 2017 | 2017 Q2 | Cantonese | 2,709 |
| 2017 | 2017 Q2 | Mandarin | 2,416 |
| 2017 | 2017 Q2 | Other Non-English | 2,382 |
| 2017 | 2017 Q2 | Unknown | 2,860 |
| 2017 | 2017 Q2 | Armenian | 1,467 |
| 2017 | 2017 Q2 | Arabic | 1,357 |
| 2017 | 2017 Q2 | Farsi | 1,257 |
| 2017 | 2017 Q2 | Russian | 1,071 |
| 2017 | 2017 Q2 | Korean | 1,058 |
| 2017 | 2017 Q2 | Tagalog | 860 |
| 2017 | 2017 Q2 | Other Chinese Languages | 305 |
| 2017 | 2017 Q2 | Cambodian | 200 |
| 2017 | 2017 Q2 | Hmong | 177 |
| 2017 | 2017 Q2 | Portuguese | 159 |
| 2017 | 2017 Q2 | French | 82 |
| 2017 | 2017 Q2 | Japanese | 70 |
| 2017 | 2017 Q2 | Thai | 60 |
| 2017 | 2017 Q2 | Lao | 59 |
| 2017 | 2017 Q2 | Samoan | 48 |
| 2017 | 2017 Q2 | Turkish | 36 |
| 2017 | 2017 Q2 | American Sign Language (ASL) | 33 |
| 2017 | 2017 Q2 | Other Sign Language | 22 |
| 2017 | 2017 Q2 | Hebrew | 18 |
| 2017 | 2017 Q2 | Polish | 11 |
| 2017 | 2017 Q2 | Ilocano | |
| 2017 | 2017 Q2 | Mien | |
| 2017 | 2017 Q2 | Italian | |
| 2017 | 2017 Q3 | English | 199,821 |

| | | | |
|---|---|---|---:|
| 2017 | 2017 Q3 | Spanish | 82,997 |
| 2017 | 2017 Q3 | Not Reported | 5,049 |
| 2017 | 2017 Q3 | Vietnamese | 3,388 |
| 2017 | 2017 Q3 | Cantonese | 2,614 |
| 2017 | 2017 Q3 | Unknown | 2,589 |
| 2017 | 2017 Q3 | Mandarin | 2,417 |
| 2017 | 2017 Q3 | Other Non-English | 2,241 |
| 2017 | 2017 Q3 | Arabic | 1,389 |
| 2017 | 2017 Q3 | Armenian | 1,360 |
| 2017 | 2017 Q3 | Russian | 1,148 |
| 2017 | 2017 Q3 | Farsi | 1,118 |
| 2017 | 2017 Q3 | Tagalog | 982 |
| 2017 | 2017 Q3 | Korean | 949 |
| 2017 | 2017 Q3 | Other Chinese Languages | 260 |
| 2017 | 2017 Q3 | Cambodian | 232 |
| 2017 | 2017 Q3 | Hmong | 183 |
| 2017 | 2017 Q3 | Portuguese | 173 |
| 2017 | 2017 Q3 | Japanese | 85 |
| 2017 | 2017 Q3 | Lao | 77 |
| 2017 | 2017 Q3 | French | 57 |
| 2017 | 2017 Q3 | Turkish | 51 |
| 2017 | 2017 Q3 | Thai | 50 |
| 2017 | 2017 Q3 | Samoan | 48 |
| 2017 | 2017 Q3 | Other Sign Language | 34 |
| 2017 | 2017 Q3 | American Sign Language (ASL) | 32 |
| 2017 | 2017 Q3 | Hebrew | 23 |
| 2017 | 2017 Q3 | Italian | 20 |
| 2017 | 2017 Q3 | Mien | |
| 2017 | 2017 Q3 | Ilocano | |
| 2017 | 2017 Q3 | Polish | |
| 2017 | 2017 Q4 | English | 211,375 |
| 2017 | 2017 Q4 | Spanish | 72,011 |
| 2017 | 2017 Q4 | Not Reported | 5,999 |
| 2017 | 2017 Q4 | Vietnamese | 2,898 |
| 2017 | 2017 Q4 | Mandarin | 2,886 |
| 2017 | 2017 Q4 | Unknown | 2,418 |
| 2017 | 2017 Q4 | Other Non-English | 2,308 |
| 2017 | 2017 Q4 | Cantonese | 2,182 |
| 2017 | 2017 Q4 | Farsi | 1,330 |
| 2017 | 2017 Q4 | Armenian | 1,192 |
| 2017 | 2017 Q4 | Arabic | 1,088 |
| 2017 | 2017 Q4 | Korean | 1,087 |
| 2017 | 2017 Q4 | Russian | 1,067 |
| 2017 | 2017 Q4 | Tagalog | 927 |
| 2017 | 2017 Q4 | Other Chinese Languages | 255 |
| 2017 | 2017 Q4 | Cambodian | 227 |
| 2017 | 2017 Q4 | Portuguese | 211 |

| | | | |
|---|---|---|---|
| 2017 | 2017 Q4 | Hmong | 169 |
| 2017 | 2017 Q4 | French | 93 |
| 2017 | 2017 Q4 | Turkish | 51 |
| 2017 | 2017 Q4 | Lao | 50 |
| 2017 | 2017 Q4 | Japanese | 47 |
| 2017 | 2017 Q4 | Thai | 47 |
| 2017 | 2017 Q4 | Samoan | 37 |
| 2017 | 2017 Q4 | American Sign Language (ASL) | 31 |
| 2017 | 2017 Q4 | Other Sign Language | 25 |
| 2017 | 2017 Q4 | Italian | 18 |
| 2017 | 2017 Q4 | Hebrew | 16 |
| 2017 | 2017 Q4 | Ilocano | 13 |
| 2017 | 2017 Q4 | Mien | 12 |
| 2017 | 2017 Q4 | Polish | |
| 2018 | 2018 Q1 | English | 196,248 |
| 2018 | 2018 Q1 | Spanish | 78,074 |
| 2018 | 2018 Q1 | Not Reported | 6,287 |
| 2018 | 2018 Q1 | Vietnamese | 2,803 |
| 2018 | 2018 Q1 | Mandarin | 2,425 |
| 2018 | 2018 Q1 | Unknown | 2,270 |
| 2018 | 2018 Q1 | Cantonese | 2,141 |
| 2018 | 2018 Q1 | Other Non-English | 1,875 |
| 2018 | 2018 Q1 | Armenian | 1,095 |
| 2018 | 2018 Q1 | Korean | 1,048 |
| 2018 | 2018 Q1 | Farsi | 1,003 |
| 2018 | 2018 Q1 | Russian | 945 |
| 2018 | 2018 Q1 | Tagalog | 939 |
| 2018 | 2018 Q1 | Arabic | 783 |
| 2018 | 2018 Q1 | Portuguese | 265 |
| 2018 | 2018 Q1 | Other Chinese Languages | 207 |
| 2018 | 2018 Q1 | Hmong | 194 |
| 2018 | 2018 Q1 | Cambodian | 176 |
| 2018 | 2018 Q1 | Lao | 78 |
| 2018 | 2018 Q1 | French | 56 |
| 2018 | 2018 Q1 | Thai | 51 |
| 2018 | 2018 Q1 | Turkish | 46 |
| 2018 | 2018 Q1 | Japanese | 40 |
| 2018 | 2018 Q1 | Samoan | 30 |
| 2018 | 2018 Q1 | American Sign Language (ASL) | 28 |
| 2018 | 2018 Q1 | Other Sign Language | 26 |
| 2018 | 2018 Q1 | Mien | 12 |
| 2018 | 2018 Q1 | Italian | 12 |
| 2018 | 2018 Q1 | Ilocano | 9 |
| 2018 | 2018 Q1 | Polish | 6 |
| 2018 | 2018 Q1 | Hebrew | 6 |
| 2018 | 2018 Q2 | English | 154,597 |
| 2018 | 2018 Q2 | Spanish | 65,629 |

| | | | |
|---|---|---|---|
| 2018 2018 Q2 | Not Reported | | 5,984 |
| 2018 2018 Q2 | Vietnamese | | 2,835 |
| 2018 2018 Q2 | Unknown | | 2,245 |
| 2018 2018 Q2 | Cantonese | | 1,856 |
| 2018 2018 Q2 | Mandarin | | 1,733 |
| 2018 2018 Q2 | Other Non-English | | 1,488 |
| 2018 2018 Q2 | Armenian | | 1,178 |
| 2018 2018 Q2 | Russian | | 960 |
| 2018 2018 Q2 | Tagalog | | 792 |
| 2018 2018 Q2 | Arabic | | 778 |
| 2018 2018 Q2 | Farsi | | 738 |
| 2018 2018 Q2 | Korean | | 683 |
| 2018 2018 Q2 | Portuguese | | 313 |
| 2018 2018 Q2 | Other Chinese Languages | | 170 |
| 2018 2018 Q2 | Hmong | | 158 |
| 2018 2018 Q2 | Cambodian | | 151 |
| 2018 2018 Q2 | French | | 79 |
| 2018 2018 Q2 | Thai | | 55 |
| 2018 2018 Q2 | Lao | | 44 |
| 2018 2018 Q2 | Japanese | | 42 |
| 2018 2018 Q2 | Samoan | | 40 |
| 2018 2018 Q2 | Other Sign Language | | 32 |
| 2018 2018 Q2 | Turkish | | 27 |
| 2018 2018 Q2 | American Sign Language (ASL) | | 18 |
| 2018 2018 Q2 | Hebrew | | 16 |
| 2018 2018 Q2 | Italian | | 9 |
| 2018 2018 Q2 | Ilocano | | 6 |
| 2018 2018 Q2 | Mien | | 5 |
| 2018 2018 Q2 | Polish | | 3 |
| 2018 2018 Q3 | English | | 157,715 |
| 2018 2018 Q3 | Spanish | | 70,559 |
| 2018 2018 Q3 | Not Reported | | 7,176 |
| 2018 2018 Q3 | Vietnamese | | 2,804 |
| 2018 2018 Q3 | Unknown | | 1,881 |
| 2018 2018 Q3 | Cantonese | | 1,667 |
| 2018 2018 Q3 | Mandarin | | 1,641 |
| 2018 2018 Q3 | Other Non-English | | 1,536 |
| 2018 2018 Q3 | Armenian | | 1,141 |
| 2018 2018 Q3 | Arabic | | 1,033 |
| 2018 2018 Q3 | Russian | | 984 |
| 2018 2018 Q3 | Tagalog | | 819 |
| 2018 2018 Q3 | Farsi | | 682 |
| 2018 2018 Q3 | Korean | | 580 |
| 2018 2018 Q3 | Portuguese | | 291 |
| 2018 2018 Q3 | Other Chinese Languages | | 173 |
| 2018 2018 Q3 | Cambodian | | 166 |
| 2018 2018 Q3 | Hmong | | 145 |

| | | | |
|---|---|---|---|
| 2018 | 2018 Q3 | French | 49 |
| 2018 | 2018 Q3 | Lao | 44 |
| 2018 | 2018 Q3 | Japanese | 43 |
| 2018 | 2018 Q3 | Turkish | 43 |
| 2018 | 2018 Q3 | Thai | 40 |
| 2018 | 2018 Q3 | Samoan | 40 |
| 2018 | 2018 Q3 | American Sign Language (ASL) | 32 |
| 2018 | 2018 Q3 | Other Sign Language | 31 |
| 2018 | 2018 Q3 | Italian | 13 |
| 2018 | 2018 Q3 | Mien | 10 |
| 2018 | 2018 Q3 | Ilocano | 8 |
| 2018 | 2018 Q3 | Hebrew | 7 |
| 2018 | 2018 Q3 | Polish | 4 |
| 2018 | 2018 Q4 | English | 163,477 |
| 2018 | 2018 Q4 | Spanish | 63,078 |
| 2018 | 2018 Q4 | Not Reported | 6,751 |
| 2018 | 2018 Q4 | Vietnamese | 3,042 |
| 2018 | 2018 Q4 | Unknown | 2,224 |
| 2018 | 2018 Q4 | Mandarin | 1,788 |
| 2018 | 2018 Q4 | Cantonese | 1,756 |
| 2018 | 2018 Q4 | Other Non-English | 1,418 |
| 2018 | 2018 Q4 | Russian | 1,089 |
| 2018 | 2018 Q4 | Armenian | 1,055 |
| 2018 | 2018 Q4 | Arabic | 886 |
| 2018 | 2018 Q4 | Tagalog | 732 |
| 2018 | 2018 Q4 | Farsi | 676 |
| 2018 | 2018 Q4 | Korean | 635 |
| 2018 | 2018 Q4 | Portuguese | 249 |
| 2018 | 2018 Q4 | Other Chinese Languages | 175 |
| 2018 | 2018 Q4 | Cambodian | 133 |
| 2018 | 2018 Q4 | Hmong | 105 |
| 2018 | 2018 Q4 | French | 62 |
| 2018 | 2018 Q4 | Samoan | 34 |
| 2018 | 2018 Q4 | Thai | 34 |
| 2018 | 2018 Q4 | Other Sign Language | 32 |
| 2018 | 2018 Q4 | Lao | 29 |
| 2018 | 2018 Q4 | Japanese | 26 |
| 2018 | 2018 Q4 | Turkish | 22 |
| 2018 | 2018 Q4 | American Sign Language (ASL) | 20 |
| 2018 | 2018 Q4 | Hebrew | 12 |
| 2018 | 2018 Q4 | Italian | 9 |
| 2018 | 2018 Q4 | Polish | 4 |
| 2018 | 2018 Q4 | Ilocano | 4 |
| 2018 | 2018 Q4 | Mien | 2 |
| 2019 | 2019 Q1 | English | 164,701 |
| 2019 | 2019 Q1 | Spanish | 73,015 |
| 2019 | 2019 Q1 | Not Reported | 7,032 |

| | | |
|---|---|---|
| 2019 2019 Q1 | Vietnamese | 2,806 |
| 2019 2019 Q1 | Unknown | 1,976 |
| 2019 2019 Q1 | Mandarin | 1,852 |
| 2019 2019 Q1 | Cantonese | 1,639 |
| 2019 2019 Q1 | Other Non-English | 1,395 |
| 2019 2019 Q1 | Russian | 952 |
| 2019 2019 Q1 | Arabic | 912 |
| 2019 2019 Q1 | Armenian | 872 |
| 2019 2019 Q1 | Tagalog | 765 |
| 2019 2019 Q1 | Farsi | 692 |
| 2019 2019 Q1 | Korean | 676 |
| 2019 2019 Q1 | Portuguese | 388 |
| 2019 2019 Q1 | Other Chinese Languages | 213 |
| 2019 2019 Q1 | Hmong | 140 |
| 2019 2019 Q1 | Cambodian | 139 |
| 2019 2019 Q1 | French | 63 |
| 2019 2019 Q1 | Lao | 52 |
| 2019 2019 Q1 | Japanese | 42 |
| 2019 2019 Q1 | Thai | 39 |
| 2019 2019 Q1 | American Sign Language (ASL) | 25 |
| 2019 2019 Q1 | Other Sign Language | 24 |
| 2019 2019 Q1 | Samoan | 22 |
| 2019 2019 Q1 | Turkish | 18 |
| 2019 2019 Q1 | Mien | 12 |
| 2019 2019 Q1 | Italian | 9 |
| 2019 2019 Q1 | Hebrew | 8 |
| 2019 2019 Q1 | Ilocano | 5 |
| 2019 2019 Q1 | Polish | 3 |
| 2019 2019 Q2 | English | 142,909 |
| 2019 2019 Q2 | Spanish | 68,159 |
| 2019 2019 Q2 | Not Reported | 6,547 |
| 2019 2019 Q2 | Vietnamese | 2,544 |
| 2019 2019 Q2 | Unknown | 1,828 |
| 2019 2019 Q2 | Mandarin | 1,674 |
| 2019 2019 Q2 | Cantonese | 1,540 |
| 2019 2019 Q2 | Other Non-English | 1,451 |
| 2019 2019 Q2 | Armenian | 951 |
| 2019 2019 Q2 | Russian | 856 |
| 2019 2019 Q2 | Arabic | 841 |
| 2019 2019 Q2 | Farsi | 662 |
| 2019 2019 Q2 | Tagalog | 645 |
| 2019 2019 Q2 | Korean | 583 |
| 2019 2019 Q2 | Portuguese | 325 |
| 2019 2019 Q2 | Other Chinese Languages | 203 |
| 2019 2019 Q2 | Cambodian | 148 |
| 2019 2019 Q2 | Hmong | 122 |
| 2019 2019 Q2 | Japanese | 43 |

| | | | |
|---|---|---|---:|
| 2019 | 2019 Q2 | French | 41 |
| 2019 | 2019 Q2 | Samoan | 39 |
| 2019 | 2019 Q2 | Other Sign Language | 36 |
| 2019 | 2019 Q2 | Thai | 35 |
| 2019 | 2019 Q2 | Turkish | 33 |
| 2019 | 2019 Q2 | Lao | 30 |
| 2019 | 2019 Q2 | American Sign Language (ASL) | 20 |
| 2019 | 2019 Q2 | Italian | 8 |
| 2019 | 2019 Q2 | Mien | 8 |
| 2019 | 2019 Q2 | Ilocano | 6 |
| 2019 | 2019 Q2 | Hebrew | 5 |
| 2019 | 2019 Q2 | Polish | 4 |
| 2019 | 2019 Q3 | English | 167,169 |
| 2019 | 2019 Q3 | Spanish | 79,821 |
| 2019 | 2019 Q3 | Not Reported | 5,597 |
| 2019 | 2019 Q3 | Vietnamese | 3,422 |
| 2019 | 2019 Q3 | Other Non-English | 2,381 |
| 2019 | 2019 Q3 | Mandarin | 1,744 |
| 2019 | 2019 Q3 | Cantonese | 1,701 |
| 2019 | 2019 Q3 | Unknown | 1,584 |
| 2019 | 2019 Q3 | Russian | 1,194 |
| 2019 | 2019 Q3 | Arabic | 1,120 |
| 2019 | 2019 Q3 | Armenian | 1,017 |
| 2019 | 2019 Q3 | Tagalog | 837 |
| 2019 | 2019 Q3 | Farsi | 832 |
| 2019 | 2019 Q3 | Korean | 609 |
| 2019 | 2019 Q3 | Portuguese | 312 |
| 2019 | 2019 Q3 | Other Chinese Languages | 220 |
| 2019 | 2019 Q3 | Hmong | 149 |
| 2019 | 2019 Q3 | Cambodian | 131 |
| 2019 | 2019 Q3 | Lao | 55 |
| 2019 | 2019 Q3 | Samoan | 53 |
| 2019 | 2019 Q3 | French | 44 |
| 2019 | 2019 Q3 | Japanese | 40 |
| 2019 | 2019 Q3 | Other Sign Language | 40 |
| 2019 | 2019 Q3 | Thai | 37 |
| 2019 | 2019 Q3 | Turkish | 35 |
| 2019 | 2019 Q3 | American Sign Language (ASL) | 29 |
| 2019 | 2019 Q3 | Italian | 10 |
| 2019 | 2019 Q3 | Hebrew | 7 |
| 2019 | 2019 Q3 | Polish | 6 |
| 2019 | 2019 Q3 | Mien | 6 |
| 2019 | 2019 Q3 | Ilacano | 4 |
| 2019 | 2019 Q4 | English | 158,177 |
| 2019 | 2019 Q4 | Spanish | 59,411 |
| 2019 | 2019 Q4 | Not Reported | 6,252 |
| 2019 | 2019 Q4 | Vietnamese | 3,033 |

| | | | |
|---|---|---|---|
| 2019 2019 Q4 | Other Non-English | 2,232 |
| 2019 2019 Q4 | Mandarin | 2,138 |
| 2019 2019 Q4 | Unknown | 1,946 |
| 2019 2019 Q4 | Cantonese | 1,851 |
| 2019 2019 Q4 | Armenian | 1,075 |
| 2019 2019 Q4 | Russian | 1,053 |
| 2019 2019 Q4 | Arabic | 1,010 |
| 2019 2019 Q4 | Farsi | 880 |
| 2019 2019 Q4 | Korean | 661 |
| 2019 2019 Q4 | Tagalog | 640 |
| 2019 2019 Q4 | Portuguese | 278 |
| 2019 2019 Q4 | Other Chinese Languages | 204 |
| 2019 2019 Q4 | Cambodian | 123 |
| 2019 2019 Q4 | Hmong | 105 |
| 2019 2019 Q4 | French | 44 |
| 2019 2019 Q4 | Turkish | 35 |
| 2019 2019 Q4 | Other Sign Language | 33 |
| 2019 2019 Q4 | Lao | 32 |
| 2019 2019 Q4 | Samoan | 27 |
| 2019 2019 Q4 | Japanese | 27 |
| 2019 2019 Q4 | Thai | 25 |
| 2019 2019 Q4 | American Sign Language (ASL) | 24 |
| 2019 2019 Q4 | Hebrew | 10 |
| 2019 2019 Q4 | Polish | 4 |
| 2019 2019 Q4 | Italian | 3 |
| 2019 2019 Q4 | Mien | 2 |
| 2019 2019 Q4 | Ilacano | 1 |
| 2020 2020 Q1 | English | 171,762 |
| 2020 2020 Q1 | Spanish | 60,789 |
| 2020 2020 Q1 | Not Reported | 6,391 |
| 2020 2020 Q1 | Vietnamese | 3,052 |
| 2020 2020 Q1 | Mandarin | 2,264 |
| 2020 2020 Q1 | Other Non-English | 2,027 |
| 2020 2020 Q1 | Cantonese | 1,733 |
| 2020 2020 Q1 | Unknown | 1,675 |
| 2020 2020 Q1 | Farsi | 1,035 |
| 2020 2020 Q1 | Russian | 1,022 |
| 2020 2020 Q1 | Arabic | 988 |
| 2020 2020 Q1 | Armenian | 918 |
| 2020 2020 Q1 | Korean | 857 |
| 2020 2020 Q1 | Tagalog | 545 |
| 2020 2020 Q1 | Portuguese | 255 |
| 2020 2020 Q1 | Other Chinese Languages | 187 |
| 2020 2020 Q1 | Hmong | 138 |
| 2020 2020 Q1 | Cambodian | 114 |
| 2020 2020 Q1 | Other Sign Language | 47 |
| 2020 2020 Q1 | Lao | 44 |

| | | | |
|---|---|---|---:|
| 2020 | 2020 Q1 | Thai | 39 |
| 2020 | 2020 Q1 | Samoan | 39 |
| 2020 | 2020 Q1 | Japanese | 36 |
| 2020 | 2020 Q1 | Turkish | 35 |
| 2020 | 2020 Q1 | French | 34 |
| 2020 | 2020 Q1 | American Sign Language (ASL) | 22 |
| 2020 | 2020 Q1 | Hebrew | 9 |
| 2020 | 2020 Q1 | Italian | 8 |
| 2020 | 2020 Q1 | Mien | 4 |
| 2020 | 2020 Q1 | Polish | 3 |
| 2020 | 2020 Q2 | English | 157,684 |
| 2020 | 2020 Q2 | Spanish | 46,339 |
| 2020 | 2020 Q2 | Not Reported | 5,056 |
| 2020 | 2020 Q2 | Unknown | 2,375 |
| 2020 | 2020 Q2 | Vietnamese | 1,935 |
| 2020 | 2020 Q2 | Mandarin | 1,350 |
| 2020 | 2020 Q2 | Cantonese | 1,030 |
| 2020 | 2020 Q2 | Other Non-English | 794 |
| 2020 | 2020 Q2 | Korean | 705 |
| 2020 | 2020 Q2 | Arabic | 586 |
| 2020 | 2020 Q2 | Russian | 525 |
| 2020 | 2020 Q2 | Farsi | 468 |
| 2020 | 2020 Q2 | Armenian | 458 |
| 2020 | 2020 Q2 | Tagalog | 425 |
| 2020 | 2020 Q2 | Portuguese | 156 |
| 2020 | 2020 Q2 | Cambodian | 114 |
| 2020 | 2020 Q2 | Hmong | 102 |
| 2020 | 2020 Q2 | Other Chinese Languages | 94 |
| 2020 | 2020 Q2 | Other Sign Language | 43 |
| 2020 | 2020 Q2 | Thai | 41 |
| 2020 | 2020 Q2 | Japanese | 41 |
| 2020 | 2020 Q2 | French | 26 |
| 2020 | 2020 Q2 | Turkish | 18 |
| 2020 | 2020 Q2 | Lao | 16 |
| 2020 | 2020 Q2 | American Sign Language (ASL) | 15 |
| 2020 | 2020 Q2 | Samoan | 15 |
| 2020 | 2020 Q2 | Polish | 11 |
| 2020 | 2020 Q2 | Hebrew | 7 |
| 2020 | 2020 Q2 | Ilacano | 5 |
| 2020 | 2020 Q2 | Italian | 5 |
| 2020 | 2020 Q2 | Mien | 1 |
| 2020 | 2020 Q3 | English | 162,745 |
| 2020 | 2020 Q3 | Spanish | 58,273 |
| 2020 | 2020 Q3 | Not Reported | 9,219 |
| 2020 | 2020 Q3 | Unknown | 3,900 |
| 2020 | 2020 Q3 | Vietnamese | 2,066 |
| 2020 | 2020 Q3 | Mandarin | 1,495 |

| | | | |
|---|---|---|---|
| 2020 | 2020 Q3 | Cantonese | 1,098 |
| 2020 | 2020 Q3 | Other Non-English | 1,009 |
| 2020 | 2020 Q3 | Russian | 729 |
| 2020 | 2020 Q3 | Arabic | 669 |
| 2020 | 2020 Q3 | Farsi | 610 |
| 2020 | 2020 Q3 | Korean | 563 |
| 2020 | 2020 Q3 | Armenian | 531 |
| 2020 | 2020 Q3 | Tagalog | 508 |
| 2020 | 2020 Q3 | Portuguese | 262 |
| 2020 | 2020 Q3 | Hmong | 131 |
| 2020 | 2020 Q3 | Cambodian | 119 |
| 2020 | 2020 Q3 | Other Chinese Languages | 98 |
| 2020 | 2020 Q3 | Other Sign Language | 63 |
| 2020 | 2020 Q3 | Thai | 34 |
| 2020 | 2020 Q3 | French | 29 |
| 2020 | 2020 Q3 | Japanese | 28 |
| 2020 | 2020 Q3 | American Sign Language (ASL) | 28 |
| 2020 | 2020 Q3 | Lao | 26 |
| 2020 | 2020 Q3 | Samoan | 26 |
| 2020 | 2020 Q3 | Turkish | 13 |
| 2020 | 2020 Q3 | Hebrew | 9 |
| 2020 | 2020 Q3 | Polish | 4 |
| 2020 | 2020 Q3 | Mien | 4 |
| 2020 | 2020 Q3 | Italian | 3 |
| 2020 | 2020 Q3 | Ilacano | 2 |
| 2020 | 2020 Q4 | English | 170,751 |
| 2020 | 2020 Q4 | Spanish | 62,996 |
| 2020 | 2020 Q4 | Not Reported | 19,603 |
| 2020 | 2020 Q4 | Mandarin | 1,721 |
| 2020 | 2020 Q4 | Vietnamese | 1,638 |
| 2020 | 2020 Q4 | Cantonese | 1,344 |
| 2020 | 2020 Q4 | Other Non-English | 940 |
| 2020 | 2020 Q4 | Unknown | 695 |
| 2020 | 2020 Q4 | Korean | 687 |
| 2020 | 2020 Q4 | Arabic | 651 |
| 2020 | 2020 Q4 | Russian | 634 |
| 2020 | 2020 Q4 | Farsi | 578 |
| 2020 | 2020 Q4 | Tagalog | 496 |
| 2020 | 2020 Q4 | Armenian | 465 |
| 2020 | 2020 Q4 | Portuguese | 208 |
| 2020 | 2020 Q4 | Hmong | 136 |
| 2020 | 2020 Q4 | Cambodian | 115 |
| 2020 | 2020 Q4 | Other Chinese Languages | 76 |
| 2020 | 2020 Q4 | Samoan | 61 |
| 2020 | 2020 Q4 | Other Sign Language | 48 |
| 2020 | 2020 Q4 | Thai | 36 |
| 2020 | 2020 Q4 | American Sign Language (ASL) | 34 |

| | | | |
|---|---|---|---:|
| 2020 | 2020 Q4 | French | 34 |
| 2020 | 2020 Q4 | Japanese | 34 |
| 2020 | 2020 Q4 | Lao | 19 |
| 2020 | 2020 Q4 | Hebrew | 16 |
| 2020 | 2020 Q4 | Turkish | 16 |
| 2020 | 2020 Q4 | Polish | 7 |
| 2020 | 2020 Q4 | Italian | 3 |
| 2020 | 2020 Q4 | Ilacano | 3 |
| 2020 | 2020 Q4 | Mien | 2 |
| 2021 | 2021 Q1 | English | 160,706 |
| 2021 | 2021 Q1 | Spanish | 70,754 |
| 2021 | 2021 Q1 | Not Reported | 25,330 |
| 2021 | 2021 Q1 | Mandarin | 1,662 |
| 2021 | 2021 Q1 | Vietnamese | 1,321 |
| 2021 | 2021 Q1 | Cantonese | 1,083 |
| 2021 | 2021 Q1 | Other Non-English | 1,052 |
| 2021 | 2021 Q1 | Korean | 759 |
| 2021 | 2021 Q1 | Russian | 680 |
| 2021 | 2021 Q1 | Armenian | 674 |
| 2021 | 2021 Q1 | Unknown | 621 |
| 2021 | 2021 Q1 | Arabic | 573 |
| 2021 | 2021 Q1 | Farsi | 489 |
| 2021 | 2021 Q1 | Tagalog | 420 |
| 2021 | 2021 Q1 | Portuguese | 189 |
| 2021 | 2021 Q1 | Hmong | 127 |
| 2021 | 2021 Q1 | Other Chinese Languages | 98 |
| 2021 | 2021 Q1 | Cambodian | 94 |
| 2021 | 2021 Q1 | Samoan | 73 |
| 2021 | 2021 Q1 | Thai | 60 |
| 2021 | 2021 Q1 | Lao | 44 |
| 2021 | 2021 Q1 | Other Sign Language | 39 |
| 2021 | 2021 Q1 | Japanese | 31 |
| 2021 | 2021 Q1 | French | 31 |
| 2021 | 2021 Q1 | American Sign Language (ASL) | 24 |
| 2021 | 2021 Q1 | Turkish | 15 |
| 2021 | 2021 Q1 | Hebrew | 15 |
| 2021 | 2021 Q1 | Punjabi | 9 |
| 2021 | 2021 Q1 | Italian | 8 |
| 2021 | 2021 Q1 | Mien | 6 |
| 2021 | 2021 Q1 | Hindi | 4 |
| 2021 | 2021 Q1 | Polish | 4 |
| 2021 | 2021 Q1 | Ilacano | 1 |
| 2021 | 2021 Q2 | English | 137,697 |
| 2021 | 2021 Q2 | Spanish | 70,677 |
| 2021 | 2021 Q2 | Not Reported | 28,666 |
| 2021 | 2021 Q2 | Mandarin | 1,560 |
| 2021 | 2021 Q2 | Vietnamese | 1,232 |

| | | |
|---|---|---:|
| 2021 2021 Q2 | Other Non-English | 1,228 |
| 2021 2021 Q2 | Cantonese | 940 |
| 2021 2021 Q2 | Russian | 735 |
| 2021 2021 Q2 | Korean | 633 |
| 2021 2021 Q2 | Unknown | 620 |
| 2021 2021 Q2 | Farsi | 583 |
| 2021 2021 Q2 | Armenian | 580 |
| 2021 2021 Q2 | Arabic | 506 |
| 2021 2021 Q2 | Tagalog | 351 |
| 2021 2021 Q2 | Portuguese | 203 |
| 2021 2021 Q2 | Hmong | 112 |
| 2021 2021 Q2 | Other Chinese Languages | 105 |
| 2021 2021 Q2 | Cambodian | 92 |
| 2021 2021 Q2 | Thai | 52 |
| 2021 2021 Q2 | Japanese | 49 |
| 2021 2021 Q2 | Other Sign Language | 47 |
| 2021 2021 Q2 | Samoan | 43 |
| 2021 2021 Q2 | French | 33 |
| 2021 2021 Q2 | Lao | 31 |
| 2021 2021 Q2 | American Sign Language (ASL) | 24 |
| 2021 2021 Q2 | Hebrew | 16 |
| 2021 2021 Q2 | Turkish | 14 |
| 2021 2021 Q2 | Italian | 6 |
| 2021 2021 Q2 | Polish | 6 |
| 2021 2021 Q2 | Punjabi | 6 |
| 2021 2021 Q2 | Mien | 5 |
| 2021 2021 Q2 | Ilacano | 3 |
| 2021 2021 Q2 | Hindi | 1 |
| 2021 2021 Q3 | English | 158,719 |
| 2021 2021 Q3 | Spanish | 79,992 |
| 2021 2021 Q3 | Not Reported | 19,825 |
| 2021 2021 Q3 | Other Non-English | 2,366 |
| 2021 2021 Q3 | Vietnamese | 1,683 |
| 2021 2021 Q3 | Mandarin | 1,561 |
| 2021 2021 Q3 | Farsi | 1,417 |
| 2021 2021 Q3 | Cantonese | 1,386 |
| 2021 2021 Q3 | Russian | 1,157 |
| 2021 2021 Q3 | Unknown | 1,086 |
| 2021 2021 Q3 | Arabic | 993 |
| 2021 2021 Q3 | Armenian | 903 |
| 2021 2021 Q3 | Korean | 576 |
| 2021 2021 Q3 | Tagalog | 416 |
| 2021 2021 Q3 | Portuguese | 252 |
| 2021 2021 Q3 | Cambodian | 141 |
| 2021 2021 Q3 | Hmong | 103 |
| 2021 2021 Q3 | Other Chinese Languages | 97 |
| 2021 2021 Q3 | Samoan | 81 |

| | | | |
|---|---|---|---:|
| 2021 | 2021 Q3 | Thai | 51 |
| 2021 | 2021 Q3 | French | 50 |
| 2021 | 2021 Q3 | Punjabi | 40 |
| 2021 | 2021 Q3 | Japanese | 38 |
| 2021 | 2021 Q3 | Lao | 31 |
| 2021 | 2021 Q3 | American Sign Language (ASL) | 22 |
| 2021 | 2021 Q3 | Other Sign Language | 21 |
| 2021 | 2021 Q3 | Turkish | 16 |
| 2021 | 2021 Q3 | Hebrew | 12 |
| 2021 | 2021 Q3 | Mien | 8 |
| 2021 | 2021 Q3 | Italian | 7 |
| 2021 | 2021 Q3 | Hindi | 6 |
| 2021 | 2021 Q3 | Polish | 6 |
| 2021 | 2021 Q3 | Ilacano | 1 |
| 2021 | 2021 Q4 | English | 158,214 |
| 2021 | 2021 Q4 | Spanish | 69,154 |
| 2021 | 2021 Q4 | Not Reported | 21,254 |
| 2021 | 2021 Q4 | Other Non-English | 4,446 |
| 2021 | 2021 Q4 | Farsi | 2,413 |
| 2021 | 2021 Q4 | Cantonese | 1,910 |
| 2021 | 2021 Q4 | Mandarin | 1,809 |
| 2021 | 2021 Q4 | Russian | 1,595 |
| 2021 | 2021 Q4 | Vietnamese | 1,383 |
| 2021 | 2021 Q4 | Armenian | 1,377 |
| 2021 | 2021 Q4 | Unknown | 1,142 |
| 2021 | 2021 Q4 | Arabic | 853 |
| 2021 | 2021 Q4 | Korean | 685 |
| 2021 | 2021 Q4 | Tagalog | 449 |
| 2021 | 2021 Q4 | Portuguese | 248 |
| 2021 | 2021 Q4 | Other Chinese Languages | 119 |
| 2021 | 2021 Q4 | Cambodian | 117 |
| 2021 | 2021 Q4 | Hmong | 101 |
| 2021 | 2021 Q4 | Punjabi | 64 |
| 2021 | 2021 Q4 | Samoan | 53 |
| 2021 | 2021 Q4 | Thai | 49 |
| 2021 | 2021 Q4 | French | 46 |
| 2021 | 2021 Q4 | Japanese | 25 |
| 2021 | 2021 Q4 | Turkish | 24 |
| 2021 | 2021 Q4 | Lao | 21 |
| 2021 | 2021 Q4 | Hindi | 20 |
| 2021 | 2021 Q4 | Hebrew | 18 |
| 2021 | 2021 Q4 | American Sign Language (ASL) | 17 |
| 2021 | 2021 Q4 | Italian | 13 |
| 2021 | 2021 Q4 | Other Sign Language | 11 |
| 2021 | 2021 Q4 | Ilacano | 7 |
| 2021 | 2021 Q4 | Polish | 4 |
| 2021 | 2021 Q4 | Mien | 3 |

| | | | |
|---|---|---|---|
| 2022 2022 Q1 | English | | 150,452 |
| 2022 2022 Q1 | Spanish | | 75,684 |
| 2022 2022 Q1 | Not Reported | | 21,070 |
| 2022 2022 Q1 | Other Non-English | | 3,291 |
| 2022 2022 Q1 | Russian | | 2,238 |
| 2022 2022 Q1 | Farsi | | 1,829 |
| 2022 2022 Q1 | Mandarin | | 1,760 |
| 2022 2022 Q1 | Armenian | | 1,711 |
| 2022 2022 Q1 | Cantonese | | 1,611 |
| 2022 2022 Q1 | Vietnamese | | 1,258 |
| 2022 2022 Q1 | Arabic | | 863 |
| 2022 2022 Q1 | Korean | | 821 |
| 2022 2022 Q1 | Unknown | | 700 |
| 2022 2022 Q1 | Tagalog | | 425 |
| 2022 2022 Q1 | Portuguese | | 269 |
| 2022 2022 Q1 | Punjabi | | 221 |
| 2022 2022 Q1 | Cambodian | | 123 |
| 2022 2022 Q1 | Hmong | | 101 |
| 2022 2022 Q1 | Other Chinese Languages | | 95 |
| 2022 2022 Q1 | Hindi | | 94 |
| 2022 2022 Q1 | Thai | | 68 |
| 2022 2022 Q1 | Samoan | | 67 |
| 2022 2022 Q1 | Japanese | | 37 |
| 2022 2022 Q1 | French | | 36 |
| 2022 2022 Q1 | Lao | | 29 |
| 2022 2022 Q1 | Turkish | | 28 |
| 2022 2022 Q1 | Other Sign Language | | 17 |
| 2022 2022 Q1 | American Sign Language (ASL) | | 16 |
| 2022 2022 Q1 | Polish | | 10 |
| 2022 2022 Q1 | Hebrew | | 9 |
| 2022 2022 Q1 | Italian | | 7 |
| 2022 2022 Q1 | Ilacano | | 5 |
| 2022 2022 Q1 | Mien | | 4 |
| 2022 2022 Q2 | English | | 137,265 |
| 2022 2022 Q2 | Spanish | | 77,255 |
| 2022 2022 Q2 | Not Reported | | 25,199 |
| 2022 2022 Q2 | Russian | | 6,660 |
| 2022 2022 Q2 | Other Non-English | | 3,629 |
| 2022 2022 Q2 | Mandarin | | 1,830 |
| 2022 2022 Q2 | Armenian | | 1,772 |
| 2022 2022 Q2 | Vietnamese | | 1,698 |
| 2022 2022 Q2 | Cantonese | | 1,216 |
| 2022 2022 Q2 | Farsi | | 1,154 |
| 2022 2022 Q2 | Arabic | | 883 |
| 2022 2022 Q2 | Korean | | 836 |
| 2022 2022 Q2 | Unknown | | 815 |
| 2022 2022 Q2 | Tagalog | | 384 |

| | | | |
|---|---|---|---|
| 2022 2022 Q2 | Punjabi | | 371 |
| 2022 2022 Q2 | Portuguese | | 288 |
| 2022 2022 Q2 | Hindi | | 159 |
| 2022 2022 Q2 | Cambodian | | 111 |
| 2022 2022 Q2 | Other Chinese Languages | | 89 |
| 2022 2022 Q2 | Samoan | | 86 |
| 2022 2022 Q2 | Thai | | 86 |
| 2022 2022 Q2 | Hmong | | 83 |
| 2022 2022 Q2 | French | | 55 |
| 2022 2022 Q2 | Japanese | | 37 |
| 2022 2022 Q2 | Turkish | | 33 |
| 2022 2022 Q2 | American Sign Language (ASL) | | 31 |
| 2022 2022 Q2 | Lao | | 29 |
| 2022 2022 Q2 | Other Sign Language | | 21 |
| 2022 2022 Q2 | Hebrew | | 15 |
| 2022 2022 Q2 | Italian | | 8 |
| 2022 2022 Q2 | Mien | | 7 |
| 2022 2022 Q2 | Polish | | 5 |
| 2022 2022 Q2 | Ilacano | | 1 |
| 2022 2022 Q3 | English | | 157,766 |
| 2022 2022 Q3 | Spanish | | 86,766 |
| 2022 2022 Q3 | Not Reported | | 23,793 |
| 2022 2022 Q3 | Russian | | 5,913 |
| 2022 2022 Q3 | Other Non-English | | 3,677 |
| 2022 2022 Q3 | Armenian | | 2,670 |
| 2022 2022 Q3 | Mandarin | | 2,526 |
| 2022 2022 Q3 | Vietnamese | | 2,380 |
| 2022 2022 Q3 | Cantonese | | 1,708 |
| 2022 2022 Q3 | Farsi | | 1,276 |
| 2022 2022 Q3 | Unknown | | 1,043 |
| 2022 2022 Q3 | Arabic | | 973 |
| 2022 2022 Q3 | Korean | | 898 |
| 2022 2022 Q3 | Tagalog | | 522 |
| 2022 2022 Q3 | Punjabi | | 491 |
| 2022 2022 Q3 | Portuguese | | 322 |
| 2022 2022 Q3 | Hindi | | 184 |
| 2022 2022 Q3 | Cambodian | | 162 |
| 2022 2022 Q3 | Other Chinese Languages | | 130 |
| 2022 2022 Q3 | Hmong | | 102 |
| 2022 2022 Q3 | Thai | | 92 |
| 2022 2022 Q3 | Samoan | | 91 |
| 2022 2022 Q3 | Turkish | | 77 |
| 2022 2022 Q3 | French | | 68 |
| 2022 2022 Q3 | Japanese | | 48 |
| 2022 2022 Q3 | American Sign Language (ASL) | | 29 |
| 2022 2022 Q3 | Lao | | 28 |
| 2022 2022 Q3 | Italian | | 20 |

| | | | |
|---|---|---|---:|
| 2022 | 2022 Q3 | Other Sign Language | 15 |
| 2022 | 2022 Q3 | Hebrew | 12 |
| 2022 | 2022 Q3 | Mien | 9 |
| 2022 | 2022 Q3 | Polish | 4 |
| 2022 | 2022 Q3 | Ilacano | 1 |
| 2022 | 2022 Q4 | English | 160,501 |
| 2022 | 2022 Q4 | Spanish | 76,107 |
| 2022 | 2022 Q4 | Not Reported | 36,008 |
| 2022 | 2022 Q4 | Russian | 7,609 |
| 2022 | 2022 Q4 | Armenian | 2,991 |
| 2022 | 2022 Q4 | Other Non-English | 2,853 |
| 2022 | 2022 Q4 | Mandarin | 2,631 |
| 2022 | 2022 Q4 | Vietnamese | 2,175 |
| 2022 | 2022 Q4 | Farsi | 1,414 |
| 2022 | 2022 Q4 | Cantonese | 1,220 |
| 2022 | 2022 Q4 | Unknown | 1,147 |
| 2022 | 2022 Q4 | Arabic | 916 |
| 2022 | 2022 Q4 | Korean | 873 |
| 2022 | 2022 Q4 | Punjabi | 488 |
| 2022 | 2022 Q4 | Tagalog | 456 |
| 2022 | 2022 Q4 | Portuguese | 269 |
| 2022 | 2022 Q4 | Hindi | 189 |
| 2022 | 2022 Q4 | Other Chinese Languages | 115 |
| 2022 | 2022 Q4 | Cambodian | 102 |
| 2022 | 2022 Q4 | Thai | 102 |
| 2022 | 2022 Q4 | Turkish | 100 |
| 2022 | 2022 Q4 | Hmong | 84 |
| 2022 | 2022 Q4 | Samoan | 77 |
| 2022 | 2022 Q4 | French | 64 |
| 2022 | 2022 Q4 | Japanese | 47 |
| 2022 | 2022 Q4 | Lao | 32 |
| 2022 | 2022 Q4 | Italian | 25 |
| 2022 | 2022 Q4 | Other Sign Language | 20 |
| 2022 | 2022 Q4 | Hebrew | 14 |
| 2022 | 2022 Q4 | American Sign Language (ASL) | 14 |
| 2022 | 2022 Q4 | Polish | 5 |
| 2022 | 2022 Q4 | Ilacano | 3 |
| 2022 | 2022 Q4 | Mien | 3 |
| 2023 | 2023 Q1 | English | 170,372 |
| 2023 | 2023 Q1 | Spanish | 86,876 |
| 2023 | 2023 Q1 | Not Reported | 56,176 |
| 2023 | 2023 Q1 | Russian | 8,847 |
| 2023 | 2023 Q1 | Other Non-English | 3,296 |
| 2023 | 2023 Q1 | Mandarin | 2,712 |
| 2023 | 2023 Q1 | Armenian | 2,707 |
| 2023 | 2023 Q1 | Vietnamese | 1,981 |
| 2023 | 2023 Q1 | Farsi | 1,499 |

| | | | |
|---|---|---|---|
| 2023 | 2023 Q1 | Cantonese | 1,237 |
| 2023 | 2023 Q1 | Unknown | 1,157 |
| 2023 | 2023 Q1 | Arabic | 885 |
| 2023 | 2023 Q1 | Korean | 839 |
| 2023 | 2023 Q1 | Punjabi | 614 |
| 2023 | 2023 Q1 | Tagalog | 529 |
| 2023 | 2023 Q1 | Portuguese | 324 |
| 2023 | 2023 Q1 | Hindi | 253 |
| 2023 | 2023 Q1 | Turkish | 140 |
| 2023 | 2023 Q1 | Hmong | 123 |
| 2023 | 2023 Q1 | Cambodian | 116 |
| 2023 | 2023 Q1 | Other Chinese Languages | 115 |
| 2023 | 2023 Q1 | French | 111 |
| 2023 | 2023 Q1 | Thai | 101 |
| 2023 | 2023 Q1 | Samoan | 95 |
| 2023 | 2023 Q1 | Lao | 39 |
| 2023 | 2023 Q1 | American Sign Language (ASL) | 38 |
| 2023 | 2023 Q1 | Japanese | 32 |
| 2023 | 2023 Q1 | Hebrew | 25 |
| 2023 | 2023 Q1 | Italian | 16 |
| 2023 | 2023 Q1 | Polish | 15 |
| 2023 | 2023 Q1 | Ilacano | 10 |
| 2023 | 2023 Q1 | Other Sign Language | 7 |
| 2023 | 2023 Q1 | Mien | 4 |
| 2023 | 2023 Q2 | English | 148,404 |
| 2023 | 2023 Q2 | Spanish | 74,874 |
| 2023 | 2023 Q2 | Not Reported | 41,365 |
| 2023 | 2023 Q2 | Russian | 5,877 |
| 2023 | 2023 Q2 | Unknown | 3,666 |
| 2023 | 2023 Q2 | Armenian | 1,684 |
| 2023 | 2023 Q2 | Vietnamese | 1,660 |
| 2023 | 2023 Q2 | Farsi | 1,617 |
| 2023 | 2023 Q2 | Mandarin | 1,167 |
| 2023 | 2023 Q2 | Other Non-English | 933 |
| 2023 | 2023 Q2 | Cantonese | 817 |
| 2023 | 2023 Q2 | Other Chinese Language | 796 |
| 2023 | 2023 Q2 | Arabic | 730 |
| 2023 | 2023 Q2 | Korean | 578 |
| 2023 | 2023 Q2 | Punjabi | 546 |
| 2023 | 2023 Q2 | Tagalog | 274 |
| 2023 | 2023 Q2 | Hindi | 173 |
| 2023 | 2023 Q2 | Portuguese | 164 |
| 2023 | 2023 Q2 | Turkish | 151 |
| 2023 | 2023 Q2 | Thai | 76 |
| 2023 | 2023 Q2 | French | 64 |
| 2023 | 2023 Q2 | Cambodian | 63 |
| 2023 | 2023 Q2 | Hmong | 32 |

| | | | |
|---|---|---|---:|
| 2023 | 2023 Q2 | Japanese | 21 |
| 2023 | 2023 Q2 | Hebrew | 12 |
| 2023 | 2023 Q2 | Samoan | 10 |
| 2023 | 2023 Q2 | Italian | 10 |
| 2023 | 2023 Q2 | Lao | 7 |
| 2023 | 2023 Q2 | Polish | 1 |
| 2023 | 2023 Q2 | Mien | 1 |