# EXHIBIT 2

- Using X (https://help.twitter.com/en/using-x)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer X (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)

    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on X (https://help.twitter.com/en/resources/addressing-misleading-info)
    - Recommender Systems (https://help.twitter.com/en/resources/recommender-systems)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/rules-and-policies/violent-speech)



Contact Us (https://help.twitter.com/forms.html)



1. Violent Speech Policy

# Violent Speech Policy

1. Help Center (https://help.twitter.com/)
2. Safety and cybercrime (https://help.twitter.com/en/rules-and-policies#safety-and-cybercrime)

# Violent Speech Policy

## Overview

**June 2023**

**You may not threaten, incite, glorify, or express desire for violence or harm.**

X is a place where people can express themselves, learn about what's happening, and debate global issues. However, healthy conversations can't thrive when violent speech is used to deliver a message. As a result, we have a zero tolerance policy towards violent speech in order to ensure the safety of our users and prevent the normalization of violent actions.

# What is in violation of this policy?

**Violent Threats**

You may not threaten to inflict physical harm on others, which includes (but is not limited to) threatening to kill, torture, sexually assault, or otherwise hurt someone. This also includes threatening to damage civilian homes and shelters, or infrastructure that is essential to daily, civic, or business activities.

**Wishes of Harm**

You may not wish, hope, or express desire for harm. This includes (but is not limited to) hoping for others to die, suffer illnesses, tragic incidents, or experience other physically harmful consequences.

**Incitement of Violence**

You may not incite, promote, or encourage others to commit acts of violence or harm, which includes (but is not limited to) encouraging others to hurt themselves or inciting others to commit atrocity crimes including crimes against humanity, war crimes or genocide. This also includes using coded language (often referred to as "dog whistles") to indirectly incite violence.

**Glorification of Violence**

You may not glorify, praise, or celebrate acts of violence where harm occurred, which includes (but is not limited to) expressing gratitude that someone experienced physical harm or praising Violent entities (https://help.twitter.com/en/rules-and-policies/violent-

entities), and Perpetrators of Violent Attacks (https://help.twitter.com/en/rules-and-policies/perpetrators-of-violent-attacks). This also includes glorifying animal abuse or cruelty.

# What is not a violation of this policy?

We allow expressions of violent speech when there is no clear abusive or violent context, such as (but not limited to) hyperbolic and consensual speech between friends, or during discussion of video games and sporting events.

We also allow certain cases of figures of speech, satire, or artistic expression when the context is expressing a viewpoint rather than instigating actionable violence or harm.

We make sure to evaluate and understand the context behind the conversation before taking action.

# What happens if you violate this policy?

In most cases, we will immediately and permanently suspend any account that violates this policy. For less severe violations, we may instead temporarily lock you out of your account before you can Post again. In rare cases, we may make the violative content less visible by restricting its reach (https://help.twitter.com/en/rules-and-policies/enforcement-options) on X. However, if you continue to violate this policy after receiving a warning, your account will be permanently suspended.

We also recognize that conversations regarding certain individuals credibly accused of severe violence may prompt outrage and associated violent speech. In these limited cases, we may take less punitive measures.

If you believe that your account was suspended in error, you can submit an appeal.

# Additional resources

Learn more about our range of enforcement options.

## Share this article


Tweet

© 2023 X Corp.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

 Help Center (https://help.twitter.com/)

4

- English (https://help.twitter.com/en/rules-and-policies/violent-speech)
- Español (https://help.twitter.com/es/rules-and-policies/violent-speech)
- 日本語 (https://help.twitter.com/ja/rules-and-policies/violent-speech)
- 한국어 (https://help.twitter.com/ko/rules-and-policies/violent-speech)
- Português (https://help.twitter.com/pt/rules-and-policies/violent-speech)
- Deutsch (https://help.twitter.com/de/rules-and-policies/violent-speech)
- Türkçe (https://help.twitter.com/tr/rules-and-policies/violent-speech)
- Français (https://help.twitter.com/fr/rules-and-policies/violent-speech)
- Italiano (https://help.twitter.com/it/rules-and-policies/violent-speech)
- العربية (https://help.twitter.com/ar/rules-and-policies/violent-speech)
- Nederlands (https://help.twitter.com/nl/rules-and-policies/violent-speech)
- Bahasa Indonesia (https://help.twitter.com/id/rules-and-policies/violent-speech)
- Русский (https://help.twitter.com/ru/rules-and-policies/violent-speech)
- हिंदी (https://help.twitter.com/hi)
- (https://help.twitter.com/ta.html)
- עברית (https://help.twitter.com/he)
- 简体中文 (https://help.twitter.com/zh-cn)
- 繁體中文 (https://help.twitter.com/zh-tw)
- ภาษาไทย (https://help.twitter.com/th)
- Tiếng Việt (https://help.twitter.com/vi)
- Melayu (https://help.twitter.com/ms)
- Filipino (https://help.twitter.com/fil)
- فارسی (https://help.twitter.com/fa)
- Dansk (https://help.twitter.com/da)
- Suomi (https://help.twitter.com/fi)
- Svenska (https://help.twitter.com/sv)
- Norsk (https://help.twitter.com/no)
- Polski (https://help.twitter.com/pl)
- Magyar (https://help.twitter.com/hu)
- Română (https://help.twitter.com/ro)
- (https://help.twitter.com/cs.html)
- (https://help.twitter.com/el.html)
- Українська (https://help.twitter.com/uk)
- (https://help.twitter.com/mr.html)
- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)
- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)

- పాష్టో (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)
- (https://help.twitter.com/ha-NG.html)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)
- (https://help.twitter.com/et.html)
- (https://help.twitter.com/lt.html)
- (https://help.twitter.com/lv.html)
- (https://help.twitter.com/mt.html)
- (https://help.twitter.com/sl.html)
- (https://help.twitter.com/ga.html)
- (https://help.twitter.com/es-es.html)