# EXHIBIT 5

- Using X (https://help.twitter.com/en/using-x)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
  - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
  - Glossary (https://help.twitter.com/en/resources/glossary)
  - A safer X (https://help.twitter.com/en/resources/a-safer-twitter)
  - Accessibility (https://help.twitter.com/en/resources/accessibility)

  - Our rules (https://help.twitter.com/en/resources/rules)
  - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
  - How we address misinformation on X (https://help.twitter.com/en/resources/addressing-misleading-info)
  - Recommender Systems (https://help.twitter.com/en/resources/recommender-systems)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/rules-and-policies/violent-entities)



Contact Us (https://help.twitter.com/forms.html)



1. Violent and hateful entities policy

# Violent and hateful entities policy

▬

1. Help Center ⌃ (https://help.twitter.com/)
2. Safety and cybercrime ⌃ (https://help.twitter.com/en/rules-and-policies#safety-and-cybercrime)

# Violent and hateful entities policy

1

# Overview

**April 2023**

There is no place on X for violent and hateful entities, including (but not limited to) terrorist organizations, violent extremist groups, perpetrators of violent attacks (https://help.twitter.com/rules-and-policies/perpetrators-of-violent-attacks), or individuals who affiliate with and promote their illicit activities. The violence and hate these entities engage in and/or promote jeopardizes the physical safety of those targeted.

**You may not threaten terrorism and/or violent extremism, nor promote violent and hateful entities.**

Violent entities are those that deliberately target humans or essential infrastructure with physical violence and/or violent rhetoric as a means to further their cause. These include, but are not limited to, terrorist organizations, violent extremist groups, and perpetrators of violent attacks (https://help.twitter.com/rules-and-policies/perpetrators-of-violent-attacks).

Hateful entities are those that have systematically and intentionally promoted, supported and/or advocated for hateful conduct (https://help.twitter.com/rules-and-policies/hateful-conduct-policy), which includes promoting violence or engaging in targeted harassment towards a protected category.

# What is in violation of this policy?

Under this policy, you can't affiliate with or promote the activities of violent and hateful entities. Examples of the types of content that violate this policy include, but are not limited to, doing the following on behalf of, indirectly, or directly for a violent or hateful entity:

- Engaging in or promoting violent acts
- Recruiting, or providing or distributing services (such as media/propaganda) to further stated goals

# What is not a violation of this policy?

We may make limited exceptions for violent and hateful entities if we can determine the following:

- They have reformed or denounced their violence and/or hate-based purpose.
- They are currently engaged in a peaceful resolution process.
- They are state or governmental entities, including those that have representatives elected to public office.

Additionally, any discussions of violent and hateful entities for clearly educational, documentary, and/or newsworthy purposes is not a violation of this policy.

# Who can report violations of this policy?

Anyone can report potential violations of this policy, whether they have an X account or not.

# How can I report violations of this policy?

**In-app**

You can report this content for review in-app on iOS as follows:

1. Select **Report Account** from the ••• icon.
2. Select **Violent & hateful entities**.
3. Submit your report.

**Desktop**

You can report this content for review via desktop as follows:

1. Select **Report Account** from the ••• icon.
2. Select **Violent & hateful entities**.
3. Submit your report.

# What happens if you violate this policy?

We will **immediately and permanently suspend any account that we determine to be in violation of this policy**. If you believe that your account was suspended in error, you can submit an appeal (https://help.twitter.com/forms/general?subtopic=suspended).

# Additional resources

Learn more about <u>our range of enforcement options</u> <u>(https://help.twitter.com/rules-and-policies/enforcement-options)</u> and our approach to <u>policy development and enforcement</u> <u>(https://help.twitter.com/rules-and-policies/enforcement-philosophy)</u>.

To learn more about violations related to <u>specific threats of violence</u> <u>(https://help.twitter.com/rules-and-policies/violent-threats-glorification)</u> or incidents involving wishing for the serious physical harm, death, or disease of an individual or group of people, please see our <u>abusive behavior</u> <u>(https://help.twitter.com/rules-and-policies/abusive-behavior)</u> policy.

# Share this article


Tweet

© 2023 X Corp.

<u>Cookies</u> <u>(https://help.twitter.com/rules-and-policies/twitter-cookies)</u>

<u>Privacy</u> <u>(https://twitter.com/privacy)</u>

<u>Terms and conditions</u> <u>(https://twitter.com/tos)</u>

English



<u>Help Center</u> <u>(https://help.twitter.com/)</u>

- English (https://help.twitter.com/en/rules-and-policies/violent-entities)
- Español (https://help.twitter.com/es/rules-and-policies/violent-entities)
- 日本語 (https://help.twitter.com/ja/rules-and-policies/violent-entities)
- 한국어 (https://help.twitter.com/ko/rules-and-policies/violent-entities)
- Português (https://help.twitter.com/pt/rules-and-policies/violent-entities)
- Deutsch (https://help.twitter.com/de/rules-and-policies/violent-entities)
- Türkçe (https://help.twitter.com/tr/rules-and-policies/violent-entities)
- Français (https://help.twitter.com/fr/rules-and-policies/violent-entities)
- Italiano (https://help.twitter.com/it/rules-and-policies/violent-entities)
- العربية (https://help.twitter.com/ar/rules-and-policies/violent-entities)
- Nederlands (https://help.twitter.com/nl/rules-and-policies/violent-entities)
- Bahasa Indonesia (https://help.twitter.com/id/rules-and-policies/violent-entities)
- Русский (https://help.twitter.com/ru/rules-and-policies/violent-entities)
- हिंदी (https://help.twitter.com/hi)
- (https://help.twitter.com/ta.html)
- עברית (https://help.twitter.com/he)
- 简体中文 (https://help.twitter.com/zh-cn)
- 繁體中文 (https://help.twitter.com/zh-tw)
- ภาษาไทย (https://help.twitter.com/th)
- Tiếng Việt (https://help.twitter.com/vi)
- Melayu (https://help.twitter.com/ms)
- Filipino (https://help.twitter.com/fil)
- فارسی (https://help.twitter.com/fa)
- Dansk (https://help.twitter.com/da)
- Suomi (https://help.twitter.com/fi)
- Svenska (https://help.twitter.com/sv)
- Norsk (https://help.twitter.com/no)
- Polski (https://help.twitter.com/pl)
- Magyar (https://help.twitter.com/hu)
- Română (https://help.twitter.com/ro)
- (https://help.twitter.com/cs.html)
- (https://help.twitter.com/el.html)
- Українська (https://help.twitter.com/uk)
- (https://help.twitter.com/mr.html)
- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)
- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)

- პაშტო (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)
- (https://help.twitter.com/ha-NG.html)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)
- (https://help.twitter.com/et.html)
- (https://help.twitter.com/lt.html)
- (https://help.twitter.com/lv.html)
- (https://help.twitter.com/mt.html)
- (https://help.twitter.com/sl.html)
- (https://help.twitter.com/ga.html)
- (https://help.twitter.com/es-es.html)