```
CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted pro hac vice)
FLOYD ABRAMS (admitted pro hac vice)
JASON ROZBRUCH (admitted pro hac vice)
LISA J. COLE (admitted pro hac vice)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910
```

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **AFFIDAVIT OF JOEL KURTZBERG IN FURTHER SUPPORT OF X CORP.'S MOTION FOR PRELIMINARY INJUNCTION** |

AFFIDAVIT OF JOEL KURTZBERG        1

1  Joel Kurtzberg, being duly sworn, deposes and states as follows:

2      1.   I am a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for X Corp. in the above-captioned action. I am a licensed member of the Bar of the State of New York and admitted *pro hac vice* to appear before this Court in the above-captioned action.

    2.   I am submitting this affidavit in connection with Plaintiff's Reply Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction to put before the Court a copy of a document that is referenced in X Corp.'s reply brief.

    3.   Annexed as **Exhibit 1** is a true and correct copy of a law review article by Eric Goldman, *Zauderer and Compelled Editorial Transparency*, 108 Iowa L. Rev. Online 80 (2023).

Dated:   New York, NY
           November 2, 2023

JOEL KURTZBERG

Sworn to before me this
2nd day of November, 2023

_____
Notary Public

PAUL M SERRANO
Notary Public - State of New York
NO. 01SE6379341
Qualified in New York County
My Commission Expires Aug 13, 2026

AFFIDAVIT OF JOEL KURTZBERG      2