CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>    Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>EXTENDED ORAL ARGUMENT REQUESTED<br><br>Date: November 13, 2023<br>Time: 1:30 p.m.<br>Crtrm: 5 |

NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Eastern District California L.R. 230(m)(2), Plaintiff X Corp. hereby submits this Notice of Supplemental Authority in support of its Motion for Preliminary Injunction, as to the decision of the Ninth Circuit Court of Appeals in *Nat'l Assoc. of Wheat Growers* v. *Bonta*, --- F.4th ----, No. 20-16758, 2023 WL 7314307 (9th Cir. Nov. 7, 2023). A true and correct copy of the decision is attached hereto as **Exhibit 1**.

DATED: November 9, 2023    /s/ Joel Kurtzberg

                                            CAHILL GORDON & REINDEL LLP
                                            Joel Kurtzberg (admitted *pro hac vice*)
                                            Floyd Abrams (admitted *pro hac vice*)
                                            Jason Rozbruch (admitted *pro hac vice*)
                                            Lisa J. Cole (admitted *pro hac vice*)
                                            32 Old Slip
                                            New York, NY 10005
                                            Telephone: 212-701-3120
                                            Facsimile: 212-269-5420

                                            DOWNEY BRAND LLP
                                            William R. Warne (Bar No. 141280)
                                            Meghan M. Baker (Bar No. 243765)
                                            621 Capitol Mall, 18th Floor
                                            Sacramento, CA 95814
                                            Telephone: 916-444-1000
                                            Facsimile: 916-444-2100

                                            *Attorneys for Plaintiff X Corp.*

NOTICE OF SUPPLEMENTAL AUTHORITY    2
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION