CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **STIPULATION TO MODIFY PRELIMINARY INJUNCTION SUPPLEMENTAL BRIEFING SCHEDULE** <br><br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

1    In accordance with Local Rule 144, Plaintiff X Corp. and
2 Defendant Attorney General Robert Bonta, in his official capacity,
3 hereby stipulate, subject to the Court's approval, in light of the
4 Thanksgiving holiday, to modify the Preliminary Injunction Motion
5 Supplemental Briefing schedule (from that set forth under ECF No.
6 27) with respect to X Corp.'s Supplemental Brief in Support of its
7 Motion for Preliminary Injunction, as follows:
8    1.   Plaintiff will file its Supplemental Brief in Support of
9 Motion for Preliminary Injunction on November 28, 2023 (one day
10 after the original November 27, 2023 due date).

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Modify                      2
Preliminary Injunction
Supplemental Briefing Schedule

DATED: November 21, 2023

Respectfully submitted,

/s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*


ROBERT BONTA, ATTORNEY GENERAL OF CALIFORNIA
Anthony R. Hakl
Supervising Deputy Attorney General
Anna Ferrari
Deputy Attorney General

/s/ Gabrielle D. Boutin
Gabrielle D. Boutin
Deputy Attorney General

*Attorneys for Defendant Attorney General Robert Bonta, in his official capacity*