CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>  Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO MODIFY SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Judge: Hon. William B. Shubb<br>Trial Date: None set<br>Action Filed: September 8, 2023 |

On November 21, 2023, Plaintiff X Corp. and Defendant Attorney General Robert Bonta, in his official capacity, filed a Stipulation to Modify the Preliminary Injunction Supplemental Briefing Schedule so that Plaintiff X Corp.'s Supplemental Brief in Support of its Motion for Preliminary Injunction will be due on November 28, 2023, rather than November 27, 2023, in light of the Thanksgiving holiday. Having reviewed the stipulation and good cause appearing, the Court hereby approves the parties' stipulation and ORDERS that:

    1.   Plaintiff shall file its Supplemental Brief in Support of Motion for Preliminary Injunction on November 28, 2023.

IT IS SO ORDERED.

DATED:_____          _____
                                Honorable William B. Shubb
                                United States District Judge