1  CAHILL GORDON & REINDEL LLP
   JOEL KURTZBERG (admitted *pro hac vice*)
2  FLOYD ABRAMS (admitted *pro hac vice*)
   JASON ROZBRUCH (admitted *pro hac vice*)
3  LISA J. COLE (admitted *pro hac vice*)
   32 Old Slip
4  New York, New York 10005
   Telephone: 212-701-3120
5  Facsimile: 212-269-5420
   jkurtzberg@cahill.com
6
   DOWNEY BRAND LLP
7  WILLIAM R. WARNE (Bar No. 141280)
   bwarne@downeybrand.com
8  MEGHAN M. BAKER (Bar No. 243765)
   mbaker@downeybrand.com
9  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
10 Telephone: 916-444-1000
   Facsimile: 916-520-5910
11
   *Attorneys for Plaintiff X Corp.*
12

13                 UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15                    SACRAMENTO DIVISION

16

17
   X CORP.,                          No. 2:23-cv-01939-WBS-AC
18
              Plaintiff,
19
        v.                           **ORDER APPROVING STIPULATION TO**
20                                   **MODIFY SUPPLEMENTAL PRELIMINARY**
   ROBERT A. BONTA, Attorney         **INJUNCTION BRIEFING SCHEDULE**
21 General of California, in his
   official capacity,                Judge: Hon. William B. Shubb
22                                   Trial Date: None set
              Defendant.             Action Filed: September 8, 2023
23

24

25

26

27

28

   Order Approving Stipulation to            1
   Modify Preliminary Injunction
   Supplemental Briefing Schedule

1    On November 21, 2023, Plaintiff X Corp. and Defendant

2   Attorney General Robert Bonta, in his official capacity, filed a

3   Stipulation to Modify the Preliminary Injunction Supplemental

4   Briefing Schedule so that Plaintiff X Corp.'s Supplemental Brief

5   in Support of its Motion for Preliminary Injunction will be due

6   on November 28, 2023, rather than November 27, 2023, in light of

7   the Thanksgiving holiday.  Having reviewed the stipulation and

8   good cause appearing, the Court hereby approves the parties'

9   stipulation and ORDERS that:

10       1.   Plaintiff shall file its Supplemental Brief in Support

11   of Motion for Preliminary Injunction on or before November 28,

12   2023.

13

14   IT IS SO ORDERED.

15

16   Dated:   November 21, 2023

17                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Order Approving Stipulation to          2
Modify Preliminary Injunction
Supplemental Briefing Schedule