1

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)

2

FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)

3

LISA J. COLE (admitted *pro hac vice*)
32 Old Slip

4

New York, New York 10005
Telephone: 212-701-3120

5

Facsimile: 212-269-5420
jkurtzberg@cahill.com

6

7

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com

8

MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com

9

621 Capitol Mall, 18th Floor
Sacramento, CA 95814

10

Telephone: 916-444-1000
Facsimile: 916-520-5910

11

*Attorneys for Plaintiff X Corp.*

12

13

UNITED STATES DISTRICT COURT

14

EASTERN DISTRICT OF CALIFORNIA

15

SACRAMENTO DIVISION

16

17

X CORP.,

18

                    Plaintiff,

19

          v.

20

ROBERT A. BONTA, Attorney
General of California, in his

21

official capacity,

22

                    Defendant.

23

24

25

26

27

28

No. 2:23-cv-01939-WBS-AC

**AFFIDAVIT OF JOEL KURTZBERG
IN FURTHER SUPPORT OF X CORP.'S
MOTION FOR PRELIMINARY
INJUNCTION**

AFFIDAVIT OF JOEL KURTZBERG IN          1
FURTHER SUPPORT OF PRELIMINARY
INJUNCTION

1    Joel Kurtzberg, being duly sworn, deposes and states as follows:

2         1.    I am a partner of the law firm Cahill Gordon & Reindel

3    LLP, attorneys for X Corp. in the above-captioned action.  I am a

4    licensed member of the Bar of the State of New York and admitted

5    *pro hac vice* to appear before this Court in the above-captioned

6    action.

7         2.    I am submitting this affidavit in connection with

8    Plaintiff's Supplemental Brief in Support of Motion for Preliminary

9    Injunction to put before the Court a copy of documents referenced

10   in X Corp.'s supplemental brief.

11        3.    Annexed as **Exhibit 1** is a true and correct copy of

12   Defendant Letitia James' Memorandum of Law in Opposition to

13   Plaintiffs' Motion for Preliminary Injunction in *Volokh* v. *James*,

14   No. 22-cv-10195 (S.D.N.Y. Dec. 13, 2022).

15        4.    Annexed as **Exhibit 2** is a true and correct copy of

16   Plaintiffs' Memorandum of Law in Support of Motion for Preliminary

17   Injunction in *Volokh* v. *James*, No. 22-cv-10195 (S.D.N.Y. Dec. 6,

18   2022).

19

20

21

22

23

24

25

AFFIDAVIT OF JOEL KURTZBERG IN              2
FURTHER SUPPORT OF PRELIMINARY
INJUNCTION

1    Dated:       New York, NY
              November 28, 2023        JOEL KURTZBERG

2

3

4    Sworn to before me this

5    28th day of November, 2023

6

7    _____

     Notary Public

8

9                    DAVID A. BAILEY
             NOTARY PUBLIC, STATE OF NEW YORK
10            Registration No. 01BA0001802
               Qualified in New York County
11           My Commission Expires 2/21/27

12

13

14

15

16

17

18

19

20

21

22

23

24

25

     AFFIDAVIT OF JOEL KURTZBERG IN          3
     FURTHER SUPPORT OF PRELIMINARY
     INJUNCTION