CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **STIPULATION TO CONTINUE THE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT** <br><br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

In accordance with Local Rule 144, Plaintiff X Corp. and Defendant Attorney General Robert Bonta, in his official capacity, (collectively referred to herein as "Parties") hereby stipulate, subject to the Court's approval, to extend the schedule for the Status (Pretrial Scheduling) Conference and Joint Status Report (from that set forth under ECF No. 3) as follows:

WHEREAS, on September 8, 2023, the Court issued an Order Regarding Status (Pretrial Scheduling) Conference, which set a Status Conference for January 16, 2024 and requires the Parties to file a Joint Status Report on or before January 2, 2024.

WHEREAS, X Corp. filed a motion for a preliminary injunction on October 6, 2023, that has been fully briefed and argued, and remains pending before this Court.

WHEREAS, on September 28, 2023, this Court extended Defendant's time to respond to the Complaint as follows:

(a) if any party appeals this Court's order on X Corp.'s motion for preliminary injunction, 21 days after the Ninth Circuit issues its mandate in the appeal;

(b) if no party appeals, 21 days after the expiration of the time period designated to file such an appeal. *See* Dkt. No. 15.

WHEREAS, the Parties respectfully submit that it makes sense to obtain a ruling on Plaintiff's motion for preliminary injunction prior to completing the Joint Status Report and Status Conference, as the Court's ruling may affect several matters that are the subject of such report and may result in an appeal that would impact the timing of discovery deadlines and pre-trial and trial proceedings in this action.

WHEREFORE, the Parties stipulate, and respectfully request,

1  that the Status Conference be continued to a later date of the
2  Court's choosing, at least 30 days after the date Court anticipates
3  issuing its ruling on the motion for preliminary injunction.
4  Furthermore, the Parties stipulate, and respectfully request, that
5  the deadline to file the Joint Status Report be extended to fourteen
6  calendar days prior to the continued Status Conference.

DATED: December 26, 2023

                         Respectfully submitted,

                         /s/ Joel Kurtzberg
                         CAHILL GORDON & REINDEL LLP
                         JOEL KURTZBERG (admitted *pro hac vice*)
                         FLOYD ABRAMS (admitted *pro hac vice*)
                         JASON ROZBRUCH (admitted *pro hac vice*)
                         LISA J. COLE (admitted *pro hac vice*)
                         32 Old Slip
                         New York, New York 10005
                         Telephone: 212-701-3120
                         Facsimile: 212-269-5420
                         jkurtzberg@cahill.com

                         DOWNEY BRAND LLP
                         WILLIAM R. WARNE (Bar No. 141280)
                         bwarne@downeybrand.com
                         MEGHAN M. BAKER (Bar No. 243765)
                         mbaker@downeybrand.com
                         621 Capitol Mall, 18th Floor
                         Sacramento, CA 95814
                         Telephone: 916-444-1000
                         Facsimile: 916-520-5910

                         *Attorneys for Plaintiff X Corp.*

                         ROBERT BONTA, ATTORNEY GENERAL OF
                         CALIFORNIA
                         Anthony R. Hakl
                         Supervising Deputy Attorney General
                         Anna Ferrari
                         Deputy Attorney General

1
2                                         /s/ Gabrielle D. Boutin
                                          Gabrielle D. Boutin
3                                         Deputy Attorney General

4                                         *Attorneys for Defendant*
                                          *Attorney General Robert Bonta,*
5                                         *in his official capacity*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE THE                    4
STATUS CONFERENCE AND FOR AN
EXTENSION OF TIME TO FILE A
JOINT STATUS REPORT