CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>　　　　Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT** |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

1

1    The Court, having considered the Parties' stipulation, hereby
2 grants the Parties' request and ORDERS that the Status (Pretrial
3 Scheduling) Conference currently scheduled for January 16, 2024,
4 shall be continued to [_____,2024, at ____a.m./p.m.] OR [a date
5 to be later determined by the Court, following the Court's ruling
6 on the Plaintiff's motion for preliminary injunction].  The
7 Parties' deadline to file with the Court a Joint Status Report is
8 continued to fourteen calendar days prior to the date of the
9 continued Status (Pretrial Scheduling) Conference.

11 IT IS SO ORDERED.

13 DATED:_____            _____
14                                  Honorable William B. Shubb
                                    United States District Judge

[PROPOSED] ORDER GRANTING                2
STIPULATION TO CONTINUE THE
STATUS CONFERENCE AND FOR AN
EXTENSION OF TIME TO FILE A
JOINT STATUS REPORT