CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **ORDER GRANTING STIPULATION TO CONTINUE THE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT** |

    The Court, having considered the Parties' stipulation, hereby grants the Parties' request and ORDERS that the Status (Pretrial Scheduling) Conference currently scheduled for January 16, 2024, shall be continued to **February 26, 2024 at 1:30 p.m.** The Parties' deadline to file with the Court a Joint Status Report is continued to **February 12, 2024.**

IT IS SO ORDERED.

Dated: December 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO CONTINUE THE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

2