CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **PRELIMINARY INJUNCTION APPEAL** <br><br> **NOTICE OF APPEAL OF ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

NOTICE OF APPEAL OF ORDER
DENYING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

1

Under Federal Rules of Appellate Procedure 3 and 4, Ninth Circuit Rule 3-3, and 28 U.S.C. § 1292(a), notice is hereby given that Plaintiff X. Corp. appeals in the above named case to the United States Court of Appeals for the Ninth Circuit from the Court's Order (ECF No. 36) denying Plaintiff's Motion for Preliminary Injunction entered on the docket on December 28, 2023.

DATED: January 12, 2024

                            Respectfully submitted,

                            /s/ Joel Kurtzberg
                            CAHILL GORDON & REINDEL LLP
                            JOEL KURTZBERG (admitted *pro hac vice*)
                            FLOYD ABRAMS (admitted *pro hac vice*)
                            JASON ROZBRUCH (admitted *pro hac vice*)
                            LISA J. COLE (admitted *pro hac vice*)
                            32 Old Slip
                            New York, New York 10005
                            Telephone: 212-701-3120
                            Facsimile: 212-269-5420
                            jkurtzberg@cahill.com

                            DOWNEY BRAND LLP
                            WILLIAM R. WARNE (Bar No. 141280)
                            bwarne@downeybrand.com
                            MEGHAN M. BAKER (Bar No. 243765)
                            mbaker@downeybrand.com
                            621 Capitol Mall, 18th Floor
                            Sacramento, CA 95814
                            Telephone: 916-444-1000
                            Facsimile: 916-520-5910

                            *Attorneys for Plaintiff X Corp.*