UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**X CORP.,**
      Plaintiff

   v.                                  **CASE NO. 2:23−CV−01939−WBS−AC**

**ROBERT A. BONTA,**
      Defendant

   You are hereby notified that a Notice of Appeal was filed on **January 12, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 16, 2024

                                **KEITH HOLLAND**
                                **CLERK OF COURT**

                    **by:** /s/ J. Donati
                            Deputy Clerk