UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:23−CV−01939−WBS−AC** |
| USDC Judge: | **SENIOR JUDGE WILLIAM B. SHUBB** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **X CORP. vs. ROBERT A. BONTA** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/8/2023** |
| Appealed Order/Judgment Filed: | **12/28/2023** |
| Court Reporter Information: | **ECRO** |

FEE INFORMATION

**Fee Status: Paid on 1/12/2024 in the amount of $605.00**

Information prepared by: /s/ **J. Donati , Deputy Clerk**