Rob Bonta, State Bar No. 202668
Attorney General of California
Anthony R. Hakl, State Bar No. 197335
Supervising Deputy Attorney General
Anna Ferrari, State Bar No. 261579
Deputy Attorney General
Gabrielle D. Boutin, State Bar No. 267308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6053
 Fax:  (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT A. BONTA, Attorney General of California, In His official Capacity,** <br><br> Defendant. | 2:23-CV-01939-WBS-AC <br><br> **JOINT STATUS REPORT** <br><br> Date:  February 26, 2024 <br> Time:  1:30 p.m. <br> Judge:  Hon. William B. Shubb <br> Trial Date:  None set <br> Action Filed: Sept. 8, 2023 |

Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, (collectively, "the Parties") submit this joint status report in accordance with the Court's December 28, 2023 Order Granting Stipulation to Continue the Status Conference and For an Extension of Time to File a Joint Status Report, ECF No. 37.  The Parties are concurrently filing a

Stipulation to Stay Discovery and Continue the Status (Pretrial Scheduling) Conference and a proposed order, which are described below.

The Parties previously stipulated and requested that the Court continue the Status (Pretrial Scheduling) Conference set for January 16, 2024, because the timing of discovery and other dates and deadlines in this case would likely be affected by this Court's ruling on Plaintiff's motion for preliminary injunction and by any subsequent appeal.  *See* ECF No. 35. The Court granted the Parties' request and continued the Status (Pretrial Scheduling) Conference to February 26, 2024.  *See* ECF No. 37.

On December 28, 2023, the Court issued an order denying Plaintiff's motion for preliminary injunction.  ECF No. 36.  Plaintiff filed a notice of appeal of that order on January 12, 2024.  *See* ECF No. 38.  The Ninth Circuit has issued an order setting a briefing schedule under which briefing is set to conclude in early April 2024.

In light of the above, the Parties agree that discovery and the issuance of a scheduling order in the district court should be postponed until the Ninth Circuit resolves Plaintiff's pending appeal.  That resolution will likely inform the subjects of any discovery and the timing for discovery deadlines and pre-trial and trial proceedings.  The Parties also agree that no other issues require resolution at the February 26 (Pretrial Scheduling) Conference.  They therefore respectfully propose that the Court take the February 26 (Pretrial Scheduling) Conference off calendar and order the Parties to file a joint status report within twenty-one days (or other amount of time that the Court

1 prefers) after the Ninth Circuit issues mandate on Plaintiff's
2 appeal.
3    The Parties have entered into and concurrently filed a
4 Stipulation to Stay Discovery and Continue the Status (Pretrial
5 Scheduling) Conference and a proposed order reflecting their
6 agreement and requests to the Court.  The Parties respectfully
7 ask the Court to adopt the proposed order.

Dated: February 8, 2023     Respectfully submitted,

                                    ROB BONTA
                                    Attorney General of California
                                    ANTHONY R. HAKL
                                    Supervising Deputy Attorney General
                                    ANNA FERRARI
                                    Deputy Attorney General


                                    */s/ Gabrielle D. Boutin*
                                    GABRIELLE D. BOUTIN
                                    Deputy Attorney General
                                    *Defendant Attorney General Rob Bonta,*
                                    *in his official capacity*


Dated: February 8, 2023     */s/ Joel Kurtzberg* (as authorized on February 8, 2024)
                                    CAHILL GORDON & REINDEL LLP
                                    JOEL KURTZBERG (admitted *pro hac vice*)
                                    FLOYD ABRAMS (admitted *pro hac vice*)
                                    JASON ROZBRUCH (admitted *pro hac vice*)
                                    LISA J. COLE (admitted *pro hac vice*)
                                    32 Old Slip
                                    New York, New York 10005
                                    Telephone: 212-701-3120
                                    Facsimile: 212-269-5420
                                    jkurtzberg@cahill.com

                                    DOWNEY BRAND LLP
                                    WILLIAM R. WARNE (Bar No. 141280)
                                    bwarne@downeybrand.com
                                    MEGHAN M. BAKER (Bar No. 243765)
                                    mbaker@downeybrand.com
                                    621 Capitol Mall, 18th Floor
                                    Sacramento, CA 95814
                                    Telephone: 916-444-1000
                                    Facsimile: 916-520-5910

                                    *Attorneys for Plaintiff X Corp.*