1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ANTHONY R. HAKL, State Bar No. 197335
    Supervising Deputy Attorney General
3   ANNA FERRARI, State Bar No. 261579
    Deputy Attorney General
4   GABRIELLE D. BOUTIN, State Bar No.
    267308
5   Deputy Attorney General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone:  (916) 210-6053
     Fax:  (916) 324-8835
8    E-mail:
     Gabrielle.Boutin@doj.ca.gov
9   *Attorneys for Defendant Attorney
    General Rob Bonta, in his official
10  capacity*

11                  IN THE UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

15

16  **X CORP.,**                          2:23-CV-01939-WBS-AC

17                         Plaintiff,     **STIPULATION TO STAY DISCOVERY
                                          AND CONTINUE THE STATUS
18          **v.**                        (PRETRIAL SCHEDULING)
                                          CONFERENCE**

19  **ROBERT A. BONTA, ATTORNEY GENERAL
    OF CALIFORNIA, IN HIS OFFICIAL**      Date:  February 26, 2024
20  **CAPACITY,**                         Time:  1:30 p.m.
                                          Judge:  Hon. William B. Shubb
21                        Defendant.      Trial Date:   None set
                                          Action Filed: Sept. 8, 2023

22

23       Plaintiff X Corp. and Defendant Attorney General Rob Bonta,

24  in his official capacity, (collectively, the "Parties") hereby

25  stipulate, subject to the Court's approval, as follows:

26       WHEREAS, by joint stipulation on December 26, 2023, the

27  Parties requested that the Court continue the Status (Pretrial

28  Scheduling) Conference set for January 16, 2024, because the

                                    1

1  timing of discovery and other dates and deadlines in this case

2  would likely be affected by this Court's ruling on Plaintiff's

3  motion for preliminary injunction and by any subsequent appeal.

4  *See* ECF No. 35.

5      WHEREAS, on December 28, 2023, the Court granted the Parties'

6  request and continued the Status (Pretrial Scheduling) Conference

7  to February 26, 2024.  *See* ECF No. 37.

8      WHEREAS, on December 28, 2023, the Court issued an order

9  denying Plaintiff's motion for preliminary injunction.  ECF

10 No. 36.

11     WHEREAS, on January 12, 2024, Plaintiff filed a notice of

12 appeal of that order, see ECF No. 38, and the Ninth Circuit has

13 since issued an order setting a briefing schedule under which

14 briefing is set to conclude in early April 2024.

15     WHEREAS, the Parties agree that (i) discovery and the

16 issuance of a scheduling order in the district court should be

17 postponed until the Ninth Circuit resolves Plaintiff's pending

18 appeal because that resolution will likely inform the subjects of

19 any discovery and the timing for discovery deadlines and pre-

20 trial and trial proceedings; and (ii) no other issues require

21 resolution at the February 26 Status (Pretrial Scheduling)

22 Conference.

23     THEREFORE, the Parties stipulate, and respectfully request,

24 that the Court order that discovery in this action be stayed

25 until the Ninth Circuit has resolved Plaintiff's pending

26 preliminary injunction appeal, take the February 26 Status

27 (Pretrial Scheduling) Conference off calendar, and order the

28 Parties to file a joint status report within twenty-one days (or

2

1   other amount of time that the Court prefers) after the Ninth

2   Circuit issues a mandate on Plaintiff's appeal.

3

4   Dated: February 8, 2023    Respectfully submitted,

5                              ROB BONTA
                               Attorney General of California
6                              ANTHONY R. HAKL
                               Supervising Deputy Attorney General
7                              ANNA FERRARI
                               Deputy Attorney General

8

9                              /s/ *Gabrielle D. Boutin*
                               GABRIELLE D. BOUTIN
10                             Deputy Attorney General
                               *Defendant Attorney General Rob Bonta,*
11                             *in his official capacity*

12

13  Dated: February 8, 2023    /s/ Joel Kurtzberg (as authorized on
                               February 8, 2024)
14                             CAHILL GORDON & REINDEL LLP
                               JOEL KURTZBERG (admitted *pro hac vice*)
15                             FLOYD ABRAMS (admitted *pro hac vice*)
                               JASON ROZBRUCH (admitted *pro hac vice*)
16                             LISA J. COLE (admitted *pro hac vice*)
                               32 Old Slip
17                             New York, New York 10005
                               Telephone: 212-701-3120
18                             Facsimile: 212-269-5420
                               jkurtzberg@cahill.com
19

20                             DOWNEY BRAND LLP
                               WILLIAM R. WARNE (Bar No. 141280)
21                             bwarne@downeybrand.com
                               MEGHAN M. BAKER (Bar No. 243765)
22                             mbaker@downeybrand.com
                               621 Capitol Mall, 18th Floor
23                             Sacramento, CA 95814
                               Telephone: 916-444-1000
24                             Facsimile: 916-520-5910

25                             *Attorneys for Plaintiff X Corp.*

26

27

28

3