1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12

| | |
|---|---|
| **X CORP.,** | 2:23-CV-01939-WBS-AC |
| Plaintiff, | **[PROPOSED] ORDER STAYING DISCOVERY AND CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| v. | |
| **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** | Date:  February 26, 2024<br>Time:  1:30 p.m.<br>Judge:  Hon. William B. Shubb<br>Trial Date:   None set |
| Defendant. | Action Filed: Sept. 8, 2023 |

19

20

21

22

23

24

25

26

27

28

1

The Court, having considered the Parties' Stipulation to Stay Discovery and Continue the Status (Pretrial Scheduling) Conference, hereby approves the Stipulation and ORDERS as follows:

(1) discovery in this action is stayed until the Ninth Circuit has resolved Plaintiff's pending preliminary injunction appeal;

(2) the Status(Pretrial Scheduling) Conference currently scheduled for February 26, 2024, is hereby taken off calendar; and,

(3) the Parties shall file a joint status report within [twenty-one days] OR [_____ days] after the Ninth Circuit issues a mandate on Plaintiff's appeal.


IT IS SO ORDERED.


DATED:_____            _____
                                  Honorable William B. Shubb
                                  United States District Judge