**CERTIFICATE OF SERVICE**

| Case Name: | **X Corp. v. Bonta** | No. | **2:23-CV-01939-WBS-AC** |
|---|---|---|---|

I hereby certify that on February 9, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO STAY DISCOVERY AND CONTINUE THE STATUS (PRETRIAL SCHEDULING CONFERENCE)**
- **[PROPOSED] ORDER STAYING DISCOVERY AND CONTINUING THE STATUS (PRETRIAL SCHEDULING CONFERENCE)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 9, 2024, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |