IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** <br><br> Defendant. | 2:23-CV-01939-WBS-AC <br><br> **ORDER STAYING DISCOVERY AND CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** <br><br> Date: February 26, 2024 <br> Time: 1:30 p.m. <br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: Sept. 8, 2023 |

The Court, having considered the Parties' Stipulation to Stay Discovery and Continue the Status (Pretrial Scheduling) Conference, hereby approves the Stipulation and ORDERS as follows:

(1) discovery in this action is stayed until the Ninth Circuit has resolved Plaintiff's pending preliminary injunction appeal;

(2) the Status(Pretrial Scheduling) Conference currently scheduled for February 26, 2024, is hereby reset for **July 1, 2024 at 1:30 p.m.**;

(3) the Parties shall file a joint status report within no later than **June 17, 2024.**

IT IS SO ORDERED.

Dated: February 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE