CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND JOINT STATUS REPORT** <br><br> Date: July 1, 2024 <br> Time: 1:30 p.m. <br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: Sept. 8, 2023 |

Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, by joint stipulation on February 9, 2024, the Parties requested that the Court continue the Status (Pretrial Scheduling) conference set for February 26, 2024, pending the Ninth Circuit preliminary injunction appeal. *See* ECF No. 41.

WHEREAS, on February 13, 2024, the Court granted the Parties' request, stayed discovery until the Ninth Circuit has resolved the appeal, continued the Status (Pretrial Scheduling) Conference to July 1, 2024, and ordered the Parties file a joint status report no later than June 17, 2024. *See* ECF No. 43.

WHEREAS, the Parties have fully briefed the preliminary injunction appeal and the Ninth Circuit has scheduled oral argument on the appeal for July 17, 2024.

WHEREAS, the Parties agree that (i) the issuance of a scheduling order in the district court should be postponed until the Ninth Circuit resolves Plaintiff's pending appeal because that resolution will likely inform the subjects of any discovery and the timing for discovery deadlines and pre-trial and trial proceedings; and (ii) no other issues require resolution at the July 1 Status (Pretrial Scheduling) Conference.

THEREFORE, the Parties stipulate, and respectfully request, that the Court take the July 1 Status (Pretrial Scheduling) Conference off calendar, and order the Parties to file a joint status report within twenty-one days (or other amount of time that the Court prefers) after the Ninth Circuit issues the mandate on Plaintiff's appeal.

DATED: June 13, 2024

        Respectfully submitted,

        /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

/s/ Gabrielle D. Boutin (as authorized on June 11, 2024)
Gabrielle D. Boutin
Deputy Attorney General

*Defendant Attorney General Rob Bonta, in his official capacity*