1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12   X CORP.,                          No. 2:23-cv-01939-WBS-AC

13            Plaintiff,               **[PROPOSED] ORDER CONTINUING THE**
                                       **STATUS (PRETRIAL SCHEDULING)**
14        v.                           **CONFERENCE**

15   ROBERT A. BONTA, Attorney         Date: July 1, 2024
     General of California, in his     Time: 1:30 p.m.
16   official capacity,                Judge: Hon. William B. Shubb
                                       Trial Date: None set
17            Defendant.               Action Filed: Sept. 8, 2023

18

19

20

21

22

23

24

25

26

27

28

The Court, having considered the Parties' Stipulation to Continue the Status (Pretrial Scheduling) Conference and Joint Status Report, hereby approves the Stipulation and ORDERS as follows:

(1) the Status (Pretrial Scheduling) Conference currently scheduled for July 1, 2024, is hereby taken off calendar; and,

(2) the Parties shall file a joint status report within [twenty-one days] OR [_____ days] after the Ninth Circuit issues the mandate on Plaintiff's appeal.


IT IS SO ORDERED.


DATED:_____          _____
                                Honorable William B. Shubb
                                United States District Judge