UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The Court, having considered the Parties' Stipulation to Continue the Status (Pretrial Scheduling) Conference and Joint Status Report, hereby approves the Stipulation and ORDERS as follows:

(1) the Status (Pretrial Scheduling) Conference currently scheduled for July 1, 2024, is hereby taken off calendar; and,

(2) the Parties shall file a joint status report within **15**

1 | **days** after the Ninth Circuit issues the mandate on Plaintiff's
2 | appeal.
3 |
4 |
5 | IT IS SO ORDERED.
6 |
7 | Dated: June 14, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE