UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| X CORP., | No. 2:23-cv-01939 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT A. BONTA, Attorney General of California, in his official capacity, | |
| Defendant. | |

----oo0oo----

In accordance with the Ninth Circuit's opinion (Docket No. 46), IT IS HEREBY ORDERED that defendant, his agents and employees, all persons or entities in privity with him, and anyone acting in concert with him are hereby PRELIMINARILY ENJOINED, pending final resolution of this action, from enforcing California Business & Professions Code §§ 22677(a)(3), (a)(4)(A), and (a)(5) as against plaintiff, its successors and assigns.

IT IS FURTHER ORDERED that a status and scheduling conference in this matter is set for November 4, 2024, at 1:30

1  p.m. in Courtroom 5.  On or before October 28, 2024, the parties
2  shall submit a Joint Status Report, which shall propose a
3  briefing and hearing schedule for the court's further preliminary
4  injunction proceedings, in accordance with the Ninth Circuit's
5  mandate, addressing whether the enjoined provisions referenced
6  above are severable from the remaining challenged provisions --
7  Cal. Bus. & Prof. Code §§ 22677(a)(1), (a)(2), and (a)(4)(B)-(E)
8  -- and if so, which, if any, of the remaining challenged
9  provisions should also be enjoined.  The Joint Status Report
10 shall also propose other dates and deadlines for discovery,
11 motions, and trial.
12 Dated:  September 30, 2024   WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

2