CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **JOINT STATUS REPORT** <br><br> Date: November 4, 2024 <br> Time: 1:30 p.m. <br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") submit this joint status report in accordance with the Court's September 30, 2024 Order, ECF No. 48.  The Parties are concurrently filing a Stipulation to Continue the Status and Scheduling Conference and Joint Status Report (the "Stipulation") and a proposed order.

On September 4, 2024, the Ninth Circuit issued an opinion on Plaintiff's appeal (the "Opinion"), remanding to the Court to enter a preliminary injunction consistent with the Opinion and to make a determination on severability and whether any remaining challenged provisions should be enjoined.  *See* ECF No. 46.

On September 30, 2024, the Court entered an Order preliminarily enjoining Defendant from enforcing California Business & Professions Code §§ 22677(a)(3), (a)(4)(A), and (a)(5) as against Plaintiff.  The Court set a status and scheduling conference for November 4, 2024.  The Court further ordered that the Parties submit a joint status report on or before October 28, 2024, proposing a briefing and hearing schedule for the Court's further preliminary injunction, addressing whether the enjoined provisions are severable from the remaining challenged provisions and, if so, which, if any, of the remaining challenged provisions should also be enjoined.  The Court ordered that the joint status report also propose other dates and deadlines for discovery, motions, and trial.

The Parties are actively engaged in settlement discussions. In light of those ongoing settlement discussions and the uncertainty regarding how much time the Parties will require to complete those discussions, the Parties propose that the Court

JOINT STATUS REPORT                      2

order them to file a further joint status report within 60 days and continue the status conference currently set for November 4, 2024. The Parties ask the Court to not set other deadlines at this time.

In the alternative, if the Court wishes to set general case deadlines, the Parties propose that the Court order the following schedule (or other dates that the Court prefers):

Further Preliminary Injunction Proceedings

a. **September 30, 2025:** Plaintiff's Motion Seeking Further Injunction and Opposing Severability
b. **October 21, 2025:** Defendant's Opposition to Plaintiff's Motion Seeking Further Injunction and Opposing Severability
c. **November 4, 2025:** Plaintiff's Reply Brief in Support of Motion Seeking Further Injunction and Opposing Severability
d. **December 1, 2025:** Hearing on Further Injunction and Severability

Discovery, Motions, & Trial

e. **October 15, 2025:** Initial disclosures due
f. **February 15, 2026:** Completion of fact discovery
g. **February 28, 2026:** Initial expert disclosures due
h. **March 31, 2026:** Rebuttal expert disclosures due
i. **June 13, 2026:** Completion of expert discovery
j. **September 3, 2026:** Completion of dispositive motion briefing
k. **December 7, 2026:** Trial

1  The Parties have entered into and concurrently filed a
2 Stipulation to Stay Discovery and Continue the Status (Pretrial
3 Scheduling) Conference and a proposed order reflecting their
4 agreement and requests to the Court.  The Parties respectfully ask
5 the Court to adopt the proposed order.

DATED: October 28, 2024

                            Respectfully submitted,

                            /s/ Joel Kurtzberg
                            CAHILL GORDON & REINDEL LLP
                            JOEL KURTZBERG (admitted *pro hac vice*)
                            FLOYD ABRAMS (admitted *pro hac vice*)
                            JASON ROZBRUCH (admitted *pro hac vice*)
                            LISA J. COLE (admitted *pro hac vice*)
                            32 Old Slip
                            New York, New York 10005
                            Telephone: 212-701-3120
                            Facsimile: 212-269-5420
                            jkurtzberg@cahill.com

                            DOWNEY BRAND LLP
                            WILLIAM R. WARNE (Bar No. 141280)
                            bwarne@downeybrand.com
                            MEGHAN M. BAKER (Bar No. 243765)
                            mbaker@downeybrand.com
                            621 Capitol Mall, 18th Floor
                            Sacramento, CA 95814
                            Telephone: 916-444-1000
                            Facsimile: 916-520-5910

                            *Attorneys for Plaintiff X Corp.*


                            ROB BONTA
                            Attorney General of California
                            ANTHONY R. HAKL
                            Supervising Deputy Attorney General
                            ANNA FERRARI
                            Deputy Attorney General

<u>/s/ Gabrielle D. Boutin (as authorized on October 28, 2024)</u>
GABRIELLE D. BOUTIN
Deputy Attorney General

*Defendant Attorney General Rob Bonta, in his official capacity*
