CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
LISA J. COLE (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Telephone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>　　　　Defendant. | No. 2:23-cv-01939-WBS-AC<br><br>**STIPULATION TO CONTINUE THE STATUS AND SCHEDULING CONFERENCE AND JOINT STATUS REPORT**<br><br>Date: November 4, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb<br>Trial Date: None set<br>Action Filed: September 8, 2023 |

1    Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, by joint stipulation on June 13, 2024, the Parties requested that the Court take the July 1 Status (Pretrial Scheduling) Conference off calendar, and order the Parties to file a joint status report after the Ninth Circuit issued the mandate on Plaintiff's appeal. *See* ECF No. 44.

WHEREAS, on June 14, 2024, the Court granted the Parties' request, took the Status Conference off calendar, and ordered the Parties to file a joint status report within 15 days after the Ninth Circuit issued the mandate on Plaintiff's appeal. *See* ECF No. 45.

WHEREAS, on September 26, 2024, the Ninth Circuit issued the mandate on Plaintiff's appeal. *See* ECF No. 47.

WHEREAS, on September 30, 2024, the Court ordered that the Parties submit a joint status report on or before October 28, 2024, proposing a briefing and hearing schedule for the Court's further preliminary injunction proceedings along with other dates and deadlines for discovery, motions, and trial.

WHEREAS, in light of the Ninth Circuit Opinion, the Parties have been discussing settlement of the above-captioned matter.

WHEREAS, the Parties agree that (i) more time is needed to negotiate the terms of a potential settlement and (ii) the status conference—along with briefing on any motion for further preliminary injunction and/or severability—should be postponed pending the outcome of those settlement discussions.

THEREFORE, the Parties stipulate and respectfully request

1  that, given these discussions and the uncertainty regarding how
2  much time they will require, the Court continue the status
3  conference currently set for November 4, 2024, and order the
4  Parties file a joint status report within 60 days.  The Parties
5  ask the Court to not set other deadlines at this time.

DATED: October 28, 2024

                              Respectfully submitted,

                              /s/ Joel Kurtzberg
                              CAHILL GORDON & REINDEL LLP
                              JOEL KURTZBERG (admitted *pro hac vice*)
                              FLOYD ABRAMS (admitted *pro hac vice*)
                              JASON ROZBRUCH (admitted *pro hac vice*)
                              LISA J. COLE (admitted *pro hac vice*)
                              32 Old Slip
                              New York, New York 10005
                              Telephone: 212-701-3120
                              Facsimile: 212-269-5420
                              jkurtzberg@cahill.com

                              DOWNEY BRAND LLP
                              WILLIAM R. WARNE (Bar No. 141280)
                              bwarne@downeybrand.com
                              MEGHAN M. BAKER (Bar No. 243765)
                              mbaker@downeybrand.com
                              621 Capitol Mall, 18th Floor
                              Sacramento, CA 95814
                              Telephone: 916-444-1000
                              Facsimile: 916-520-5910

                              *Attorneys for Plaintiff X Corp.*


                              ROB BONTA
                              Attorney General of California
                              ANTHONY R. HAKL
                              Supervising Deputy Attorney General
                              ANNA FERRARI
                              Deputy Attorney General

STIPULATION TO CONTINUE STATUS          3
CONFERENCE AND REPORT

/s/ Gabrielle D. Boutin (as authorized on October 28, 2024)
GABRIELLE D. BOUTIN
Deputy Attorney General

*Defendant Attorney General Rob Bonta, in his official capacity*

STIPULATION TO CONTINUE STATUS CONFERENCE AND REPORT        4