UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | No. 2:23-cv-01939-WBS-AC <br><br> **ORDER CONTINUING THE STATUS AND SCHEDULING CONFERENCE AND JOINT STATUS REPORT** <br><br> Date: November 4, 2024 <br> Time: 1:30 p.m. <br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: September 8, 2023 |

The Court, having considered the Parties' Stipulation to Continue the Status and Scheduling Conference and Joint Status Report, hereby approves the Stipulation and ORDERS as follows:

(1) the Status and Scheduling Conference currently scheduled for November 4, 2024, is continued to **January 27, 2025 at 1:30 p.m.**; and,

(2) the Parties shall file a joint status report no later than **January 13, 2025**.

IT IS SO ORDERED.

Dated: October 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE