Rob Bonta, SBN 202668
Attorney General of California
ANTHONY R. HAKL, SBN 197335
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, | 2:23-CV-01939-WBS-AC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| | Date: Jan. 27, 2025 |
| | Time: 1:30 p.m. |
| **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** | Judge: Hon. William B. Shubb |
| | Trial Date:   None set |
| | Action Filed: Sept. 8, 2023 |
| Defendant. | |

Plaintiff X Corp. and Defendant Attorney General Rob Bonta, in his official capacity, (collectively, "the Parties") submit this joint status report in accordance with the Court's October 29, 2024 Order Continuing the Status and Scheduling Conference and Joint Status Report, ECF No. 51.

As noted in their previous joint status report, ECF No. 49, the Parties have been engaged in settlement negotiations. As a result of these negotiations, the Parties have recently reached

1

1 | terms for settlement.  The Parties are currently finalizing a
2 | stipulation and proposed judgment that will, if adopted by the
3 | Court, fully resolve this action.  The Parties anticipate that
4 | they will file the stipulation and proposed judgment with the
5 | Court within the next thirty (30) days.  The Parties therefore
6 | respectfully ask the Court to continue the Status and Scheduling
7 | Conference currently scheduled for January 27, 2025, to February
8 | 24, 2025, or another similar date.

Dated: January 13, 2025     Respectfully submitted,

>     ROB BONTA
>     Attorney General of California
>     ANTHONY R. HAKL
>     Supervising Deputy Attorney General
>
>     /s/ *Gabrielle D. Boutin*
>     GABRIELLE D. BOUTIN
>     Deputy Attorney General
>     *Defendant Attorney General Rob Bonta,
>     in his official capacity*

| | | |
|---|---|---|
| 1 | Dated: January 13, 2025 | /s/ *Joel Kurtzberg* (as authorized on January 13, 2025) |
| 2 | | CAHILL GORDON & REINDEL LLP |
| 3 | | JOEL KURTZBERG (admitted *pro hac vice*) |
| | | FLOYD ABRAMS (admitted *pro hac vice*) |
| 4 | | JASON ROZBRUCH (admitted *pro hac vice*) |
| | | LISA J. COLE (admitted *pro hac vice*) |
| 5 | | 32 Old Slip |
| | | New York, New York 10005 |
| 6 | | Telephone: 212-701-3120 |
| | | Facsimile: 212-269-5420 |
| 7 | | jkurtzberg@cahill.com |

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
bwarne@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

# CERTIFICATE OF SERVICE

Case Name:   **X Corp. v. Bonta**          No.   **2:23-CV-01939-WBS-AC**

I hereby certify that on <u>January 13, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 13, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Dora Mora | /s/Dora Mora |
| Declarant | Signature |

SA2023304822