IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** <br><br> Defendant. | 2:23-CV-01939-WBS-AC <br><br> **[PROPOSED] ORDER AND FINAL JUDGMENT AND PERMANENT INJUNCTION** <br><br> Judge: Hon. William B. Shubb <br> Trial Date: None set <br> Action Filed: Sept. 8, 2023 |

The Court having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction and finding good cause,

**IT IS HEREBY ORDERED** as follows:

### I. DEFINITIONS

For purposes of this Order, the following definitions apply:

1. "Assembly Bill 587" means California Assembly Bill No. 587, passed by the California Legislature on August 30, 2022, during the 2021-2022 legislative session, and signed by the Governor of California on September 13, 2022. Assembly Bill 587's provisions are codified in sections 22675 through 22681 of the California Business and Professions Code.

2. "Section 22677" refers to California Business and Professions Code section 22677.

1

3. "Section 22678" refers to California Business and Professions Code section 22678.

4. "Plaintiff" refers to Plaintiff X Corp., its successors, and assigns.

5. "Defendant" refers to Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, his successors in office, and their agents acting within the scope of their official duties.

6. "Complaint" refers to the Complaint for Declaratory and Injunctive Relief filed in this action on September 8, 2023, ECF No. 1.

## II. JUDGMENT

Judgment is hereby entered in favor of Plaintiff and against Defendant on the First Cause of Action in the Complaint as to subdivisions (a)(3), (a)(4)(A), and (a)(5) of Section 22677.  The Court dismisses the First Cause of Action in the Complaint, as to all remaining provisions of Assembly Bill 587, including all remaining provisions of Section 22677, with prejudice.  The Court also dismisses the Second and Third Causes of Action in the Complaint with prejudice.

## III. JUDICIAL DECLARATION

**IT IS HEREBY DECLARED** that subdivisions (a)(3), (a)(4)(A), and (a)(5) of California Business and Professions Code section 22677 violate the First Amendment of the United States Constitution facially and as applied to Plaintiff.

## III. PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that Defendant, as defined, shall be permanently enjoined from enforcing subdivisions (a)(3),

2

(a)(4)(A), and (a)(5) of California Business and Professions Code section 22677.  Defendant shall also be permanently enjoined from enforcing Section 22678 insofar as that section applies to violations of subdivisions (a)(3), (a)(4)(A), and (a)(5) of California Business and Professions Code section 22677.

### IV. OTHER ORDERS

**It is ORDERED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing this Final Judgment and Permanent Injunction.

**It is ORDERED** that Plaintiff shall recover from Defendant the amount of $345,576 in full compensation for the attorneys' fees and costs incurred by Plaintiff in connection with this action and the related preliminary injunction appeal.

**It is ORDERED** that all other relief sought in Complaint is denied.

**FINAL JUDGMENT IS ENTERED** pursuant to the terms of this Order.

**IT IS SO ORDERED.**

Dated:_____       _____
                                  Hon. William B. Shubb
                                  United States District Judge

**CERTIFICATE OF SERVICE**

Case Name: **X Corp. v. Bonta**   No. **2:23-CV-01939-WBS-AC**

I hereby certify that on February 25, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[PROPOSED] ORDER AND FINAL JUDGMENT AND PERMANENT INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 25, 2025, at Sacramento, California.

| Cecilia Apodaca | */s/Cecilia Apodaca* |
|---|---|
| Declarant | Signature |