# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **X CORP.**, | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:23−CV−01939−WBS−AC** |
| **ROBERT A. BONTA**, | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/04/25 .**

ENTERED:  **March 4, 2025**        /s/  **Keith Holland**
                                                              Clerk of Court